B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Zimny, Kurt Steven** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Scholl, Karla Ann** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**AKA Karla Scholl-Zimny** |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-9723** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-1798** |
| Street Address of Debtor (No. and Street, City, and State):<br>**43 Chestnut Court**<br>**Elgin, IL**<br>ZIP Code **60120** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**43 Chestnut Court**<br>**Elgin, IL**<br>ZIP Code **60120** |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business:<br>**Cook** |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>□ Corporation (includes LLC and LLP)<br>□ Partnership<br>□ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | □ Health Care Business<br>□ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>□ Railroad<br>□ Stockbroker<br>□ Commodity Broker<br>□ Clearing Bank<br>■ Other | ■ Chapter 7    □ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>□ Chapter 9<br>□ Chapter 11    □ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br>□ Chapter 12<br>□ Chapter 13 |

Tax-Exempt Entity
(Check box, if applicable)
□ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

Nature of Debts
(Check one box)
□ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

□ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

□ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
□ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
□ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
□ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.
Check all applicable boxes:
□ A plan is being filed with this petition.
□ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

□ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| □<br>1-<br>49 | □<br>50-<br>99 | □<br>100-<br>199 | □<br>200-<br>999 | □<br>1,000-<br>5,000 | □<br>5,001-<br>10,000 | □<br>10,001-<br>25,000 | □<br>25,001-<br>50,000 | □<br>50,001-<br>100,000 | □<br>OVER<br>100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| □<br>$0 to<br>$50,000 | □<br>$50,001 to<br>$100,000 | □<br>$100,001 to<br>$500,000 | ■<br>$500,001<br>to $1<br>million | □<br>$1,000,001<br>to $10<br>million | □<br>$10,000,001<br>to $50<br>million | □<br>$50,000,001<br>to $100<br>million | □<br>$100,000,001<br>to $500<br>million | □<br>$500,000,001<br>to $1 billion | □<br>More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| □<br>$0 to<br>$50,000 | □<br>$50,001 to<br>$100,000 | □<br>$100,001 to<br>$500,000 | □<br>$500,001<br>to $1<br>million | ■<br>$1,000,001<br>to $10<br>million | □<br>$10,000,001<br>to $50<br>million | □<br>$50,000,001<br>to $100<br>million | □<br>$100,000,001<br>to $500<br>million | □<br>$500,000,001<br>to $1 billion | □<br>More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(1/08)                                                                                                        Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Zimny, Kurt Steven**<br>**Scholl, Karla Ann** |

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)


_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)                                                                                                                    Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Zimny, Kurt Steven** <br> **Scholl, Karla Ann** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Kurt Steven Zimny**
Signature of Debtor  **Kurt Steven Zimny**

X **/s/ Karla Ann Scholl**
Signature of Joint Debtor **Karla Ann Scholl**

Telephone Number (If not represented by attorney)

**April 20, 2009**
Date

### Signature of Attorney*

X **/s/ Alexey Y. Kaplan (Kaplan Law Offices, P.C.)**
Signature of Attorney for Debtor(s)

**Alexey Y. Kaplan (Kaplan Law Offices, P.C.) 6272494**
Printed Name of Attorney for Debtor(s)

**Kaplan Law Offices, P.C.**
Firm Name

**4043 Dempster**
**Skokie, IL 60076**

Address

                              **Email: ayk@ameritech.net**
**847-676-8600  Fax: 847-676-8601**
Telephone Number

**April 20, 2009**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D(Official Form 1, Exhibit D) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Kurt Steven Zimny**
**Karla Ann Scholl**

Debtor(s)

Case No. _____

Chapter    **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D(Official Form 1, Exhibit D) (12/08) - Cont.

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:     **/s/ Kurt Steven Zimny**
                         **Kurt Steven Zimny**

Date:     **April 20, 2009**

B 1D(Official Form 1, Exhibit D) (12/08)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Kurt Steven Zimny**
        **Karla Ann Scholl**                              Case No. _____
                                          Debtor(s)          Chapter    **7** _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D(Official Form 1, Exhibit D) (12/08) - Cont.

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Karla Ann Scholl**
                       **Karla Ann Scholl**
Date:   **April 20, 2009**

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Kurt Steven Zimny,**                                    Case No. _____
        **Karla Ann Scholl**

_____,              Chapter_____**7**_____
                                            Debtors

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 525,000.00 | | |
| B - Personal Property | Yes | 4 | 58,600.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 645,324.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 5 | | 34,138.50 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 26 | | 1,362,368.86 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 6,324.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 6,877.00 |
| Total Number of Sheets of ALL Schedules | | 43 | | | |
| Total Assets | | | 583,600.00 | | |
| Total Liabilities | | | | 2,041,831.36 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Kurt Steven Zimny,**
     **Karla Ann Scholl**                Case No. _____

                                          Debtors      Chapter_____**7**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037              Best Case Bankruptcy

B6A (Official Form 6A) (12/07)

.

In re    **Kurt Steven Zimny,**                                          Case No. _____
         **Karla Ann Scholl**
_____,
                              Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Residence/Single Family Home**<br>**43 Chestnut Court**<br>**Elgin, Illinois 60120** | **Joint tenant** | **J** | **525,000.00** | **500,934.00** |

|  |  |  |
|---|---|---|
| Sub-Total > | **525,000.00** | (Total of this page) |
| Total > | **525,000.00** |  |

___0___  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

.

In re    **Kurt Steven Zimny,**                                    Case No. _____
         **Karla Ann Scholl**

_____,
                        Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 1.  Cash on hand | | **Cash on hand** | J | 200.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking account at U.S. Bank** | J | 150.00 |
| | | **Checking account at Meadows Credit Union** | J | 100.00 |
| | | **Savings account at Meadows Credit Union** | J | 5.00 |
| | | **Checking accounts at U.S. Bank in name of Zims Trucking, Inc. ($500.00)** **Checking accounts at U.S. Bank in name of Zims Trucking, Inc. ($500.00)** | - | 1,000.00 |
| | | **Checking account in name of Premier POL Consultants, Ltd. at Meadows Credit Union** | - | 750.00 |
| | | **Savings account in name of Premier POL Consultants, Ltd. at Meadows Credit Union** | - | 50.00 |
| | | **Checking account in name of Flash Express, Inc. at Meadows Credit Union** | - | 75.00 |
| | | **Checking account at AmCore Bank in name of Zims Trucking, Inc.** **(Negative Balance)** | J | 0.00 |
| | | **Mutual fund with ShareBuilder Securities Corporation** | J | 0.00 |
| | | **Mutual Fund with Fairholme** | J | 700.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | **General and ordinary household goods and furnishings** | J | 3,000.00 |

Sub-Total >        **6,030.00**
(Total of this page)

__3__    continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Kurt Steven Zimny,**                          Case No. _____
        **Karla Ann Scholl**

                                 Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Collection of glass** | J | **1,000.00** |
| 6. Wearing apparel. | | **Necessary wearing apparel** | J | **500.00** |
| 7. Furs and jewelry. | | **General and ordinary jewelry (wedding band, watch, braclet, earrings)** | J | **1,500.00** |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Term life insurnace Lincoln Beneficial Life (husband)** **Term life insurance Illinois Mutual (wife)** | J | **0.00** |
| 10. Annuities. Itemize and name each issuer. | | **Catholic Nights Insurnace Annuity** | H | **420.00** |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Zims Trucking, Inc.** | H | **0.00** |
| | | **Zims Logistics, Inc.** | J | **0.00** |
| | | **Flash Express, Inc.** | W | **0.00** |
| | | **Premier POL Consultants, Ltd.** | J | **0.00** |
| | | **Stock to Scottrade** | J | **650.00** |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |

                                         Sub-Total >      **4,070.00**
                                         (Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                     Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **Kurt Steven Zimny,**                                              Case No. _____
         **Karla Ann Scholl**
                                                         ,
                                Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 16.  Accounts receivable. | X | | | |
| 17.  Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18.  Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19.  Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20.  Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21.  Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22.  Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23.  Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24.  Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25.  Automobiles, trucks, trailers, and other vehicles and accessories. | | **2007 Infinity (Leased)** | **H** | **0.00** |
| | | **2008 Nissan Maxima (Leased)** | **J** | **0.00** |
| | | **2006 Mercedes SLK 350** | **J** | **30,000.00** |

Sub-Total >                    **30,000.00**
(Total of this page)

Sheet __**2**__ of __**3**__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Kurt Steven Zimny,**                                    Case No. _____
         **Karla Ann Scholl**
_____,
                        Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **One 2002 Freightliner in name of Zims Trucking, Inc. aprox. 750,000 miles** | - | **10,000.00** |
| | | **2003 Freightliner with aprox. 700,000 miles in name of Zims Trucking, Inc.** | - | **8,500.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total > | 18,500.00 |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | 58,600.00 |

Sheet  __3__  of  __3__  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6C (Official Form 6C) (12/07)

.

In re    **Kurt Steven Zimny,**                                      Case No. _____
         **Karla Ann Scholl**

_____ ,
                              Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:       ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                          $136,875.
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **Residence/Single Family Home** **43 Chestnut Court** **Elgin, Illinois 60120** | 735 ILCS 5/12-901 | 30,000.00 | 525,000.00 |
| **Cash on Hand** | | | |
| **Cash on hand** | 735 ILCS 5/12-1001(b) | 200.00 | 200.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Checking account at U.S. Bank** | 735 ILCS 5/12-1001(b) | 150.00 | 150.00 |
| **Checking account at Meadows Credit Union** | 735 ILCS 5/12-1001(b) | 100.00 | 100.00 |
| **Savings account at Meadows Credit Union** | 735 ILCS 5/12-1001(b) | 5.00 | 5.00 |
| **Checking accounts at U.S. Bank in name of Zims Trucking, Inc. ($500.00)** **Checking accounts at U.S. Bank in name of Zims Trucking, Inc. ($500.00)** | 735 ILCS 5/12-1001(b) | 1,000.00 | 1,000.00 |
| **Checking account in name of Premier POL Consultants, Ltd. at Meadows Credit Union** | 735 ILCS 5/12-1001(b) | 750.00 | 750.00 |
| **Savings account in name of Premier POL Consultants, Ltd. at Meadows Credit Union** | 735 ILCS 5/12-1001(b) | 50.00 | 50.00 |
| **Mutual fund with ShareBuilder Securities Corporation** | 735 ILCS 5/12-1001(b) | 0.00 | 0.00 |
| **Mutual Fund with Fairholme** | 735 ILCS 5/12-1001(b) | 0.00 | 700.00 |
| **Household Goods and Furnishings** | | | |
| **General and ordinary household goods and furnishings** | 735 ILCS 5/12-1001(b) | 3,000.00 | 3,000.00 |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| **Collection of glass** | 735 ILCS 5/12-1001(b) | 1,000.00 | 1,000.00 |
| **Wearing Apparel** | | | |
| **Necessary wearing apparel** | 735 ILCS 5/12-1001(a) | 500.00 | 500.00 |
| **Furs and Jewelry** | | | |
| **General and ordinary jewelry (wedding band, watch, braclet, earrings)** | 735 ILCS 5/12-1001(b) | 745.00 | 1,500.00 |
| **Annuities** | | | |
| **Catholic Nights Insurnace Annuity** | 735 ILCS 5/12-1001(b) | 0.00 | 420.00 |
| **Stock and Interests in Businesses** | | | |
| **Stock to Scottrade** | 735 ILCS 5/12-1001(b) | 0.00 | 650.00 |
| | Total: | 37,500.00 | 535,025.00 |

___ **0**___  continuation sheets attached to Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07)

In re   **Kurt Steven Zimny,**
      **Karla Ann Scholl**

Case No. _____

Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
| | | H W | J C | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. 86203 | | | | Opened 5/06/06 | | | | | |
| Creditor #: 1<br>5th 3rd Bk<br>38 Fountain Sq Pl<br>Cincinnati, OH 45202 | | W | | Mortgage<br><br>Residence/Single Family Home<br>43 Chestnut Court<br>Elgin, Illinois 60120 | | X | | | |
| | | | | Value $     525,000.00 | | | | 186,119.00 | 0.00 |
| Account No. 85688417 | | | | Opened 1/07/05 | | | | | |
| Creditor #: 2<br>Countrywide<br>450 American St<br>Simi Valley, CA 93065 | | | J | Mortgage<br><br>Residence/Single Family Home<br>43 Chestnut Court<br>Elgin, Illinois 60120 | | X | | | |
| | | | | Value $     525,000.00 | | | | 314,815.00 | 0.00 |
| Account No. 100-0184673-000 CS | | | | Sept. 2008 | | | | | |
| Creditor #: 3<br>DCFS USA, LLC<br>PO Box 3198<br>Milwaukee, WI 53201-3198 | | | J | Purchase Money Security<br><br>Business Debt: Two 2002 Freightliner in name of Zims Trucking, Inc. aprox. 750,000 miles<br>(Each worth aprox. $10,000) | | X | | | |
| | | | | Value $     10,000.00 | | | | 23,415.00 | 13,415.00 |
| Account No. 100-0158196-000 CS | | | | Sept. 2006 | | | | | |
| Creditor #: 4<br>DCFS USA, LLC<br>PO Box 3198<br>Milwaukee, WI 53201-3198 | | | J | Purchase Money Security<br><br>Business Debt: 2003 Freightliner with aprox. 700,000 miles in name of Zims Trucking, Inc. | | X | | | |
| | | | | Value $     8,500.00 | | | | 11,861.00 | 3,361.00 |

   **1**   continuation sheets attached

Subtotal
(Total of this page)

| 536,210.00 | 16,776.00 |
|---|---|

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6D (Official Form 6D) (12/07) - Cont.

In re    **Kurt Steven Zimny,**
       **Karla Ann Scholl**
                                  ,
                            Debtors

Case No. _____

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **100-0164164-000 CS** | | | **2006** | | | | | |
| **Creditor #: 5**<br>**DCFS USA, LLC**<br>**PO Box 3198**<br>**Milwaukee, WI 53201-3198** | | J | **Purchase Money Security**<br><br>**Business debt: 2004 Western Star Truck with aprox. 650,000 miles in name of Zims Trucking, Inc.** | | X | | | |
| | | | Value $        **25,000.00** | | | | **40,445.00** | **15,445.00** |
| Account No. **347361798-08** | | | **March 2009** | | | | | |
| **Creditor #: 6**<br>**Meadows Credit Union**<br>**3350 Salt Creek Lane**<br>**Ste. 100**<br>**Arlington Heights, IL 60005** | | J | **Non-Purchase Money Security**<br><br>**2006 Mercedes SLK 350** | | X | | | |
| | | | Value $        **30,000.00** | | | | **32,428.00** | **2,428.00** |
| Account No. **2900 9350 662** | | | **May 2007** | | | | | |
| **Creditor #: 7**<br>**Nissan-Infiniti Lt**<br>**2901 Kinwest Pkwy**<br>**Irving, TX 75063** | | J | **Leased Vehicle**<br><br>**Business debt: 2007 Infinity (Leased)** | | X | | | |
| | | | Value $        **0.00** | | | | **11,200.00** | **11,200.00** |
| Account No. **25006126287** | | | **Opened  9/13/08** | | | | | |
| **Creditor #: 8**<br>**Nissn Inf Lt**<br>**Pob 660366**<br>**Dallas, TX 75266** | | W | **Leased Vehicle**<br><br>**Business debt: 2008 Nissan Maxima (Leased)** | | X | | | |
| | | | Value $        **0.00** | | | | **25,041.00** | **25,041.00** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

Sheet  **1**  of  **1**  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal<br>(Total of this page) | **109,114.00** | **54,114.00** |
|---|---|---|---|
| | Total<br>(Report on Summary of Schedules) | **645,324.00** | **70,890.00** |

B6E (Official Form 6E) (12/07)

.

In re    **Kurt Steven Zimny,**                                                    Case No. _____
**Karla Ann Scholl**

_____,
Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**4**_____ continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6E (Official Form 6E) (12/07) - Cont.

In re    **Kurt Steven Zimny,**
         **Karla Ann Scholl**                                          Case No. _____

                                                    ,
                                                Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | 02/2009 | | | | | |
| Creditor #: 1 Frank Szczech 3846 N. 25th Ave. Schiller Park, IL 60176 | | - | Due by Zim's Trucking Services, Inc. included for purposes of notice and discharge of personal liability, if any. | | | X | 0.00 2,547.00 | 2,547.00 |
| Account No. | | | 02/2009 | | | | | |
| Creditor #: 2 Grzegorz Nycek 6011 W. Eddy Chicago, IL 60634 | | - | Due by Zim's Trucking Services, Inc. included for purposes of notice and discharge of personal liability, if any. | | | X | 0.00 1,408.00 | 1,408.00 |
| Account No. | | | 02/2009 | | | | | |
| Creditor #: 3 Jacek Golinski 2837 N. 74 th Court Elmwood Park, IL 60707 | | - | Due by Zim's Trucking Services, Inc. included for purposes of notice and discharge of personal liability, if any. | | | X | 0.00 965.55 | 965.55 |
| Account No. | | | 02/2009 | | | | | |
| Creditor #: 4 John Gardocki 415 Hopkins Ave. Elgin, IL 60124 | | - | Due by Zim's Trucking Services, Inc. included for purposes of notice and discharge of personal liability, if any. | | | X | 0.00 2,190.00 | 2,190.00 |
| Account No. | | | 02/2009 | | | | | |
| Creditor #: 5 Liviv Chelariu 363 N. Grace Street Lombard, IL 60148 | | - | Due by Zim's Trucking Services, Inc. included for purposes of notice and discharge of personal liability, if any. | | | X | 0.00 760.86 | 760.86 |

Sheet  1   of  4   continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 0.00 7,871.41 | 7,871.41 |
|---|---|---|---|

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re **Kurt Steven Zimny,**
     **Karla Ann Scholl**

Case No. _____

_____,

Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br>**Creditor #: 6**<br>**Lorrie Glaser**<br>**350 South Hickory Avenue**<br>**Bartlett, IL 60103** | | - | **Wages due by Zim's Trucking Services, Inc. included for purposes of notice and discharge of personal liability if any.** | | X | | **1,302.00** | **0.00** | **1,302.00** |
| Account No.<br>**Creditor #: 7**<br>**Malgorzata Jurczyk**<br>**8043 W. Irving Park Road**<br>**Chicago, IL 60634** | | - | **Wages due by Zim's Trucking Services, Inc. included for purposes of notice and discharge of personal liability if any.** | | X | | **637.50** | **0.00** | **637.50** |
| Account No.<br>**Creditor #: 8**<br>**Marla R. Wheatley**<br>**20518 S. Green Meadow Lane**<br>**Frankfort, IL 60423** | | - | **Wages due by Zim's Trucking Services, Inc. included for purposes of notice and discharge of personal liability if any.** | | X | | **2,200.00** | **0.00** | **2,200.00** |
| Account No.<br>**Creditor #: 9**<br>**Michael J. Omott**<br>**419 E. Seegers Road, Apt. 214**<br>**Arlington Heights, IL 60005** | | - | **Wages due by Zim's Trucking Services, Inc. included for purposes of notice and discharge of personal liability if any.** | | X | | **1,750.00** | **0.00** | **1,750.00** |
| Account No.<br>**Creditor #: 10**<br>**Mojo's Dog House-Wheatley**<br>**20518 S. Green Meadow lane**<br>**Frankfort, IL 60423** | | - | **02/2009**<br><br>**Due by Zim's Trucking Services, Inc. included for purposes of notice and discharge of personal liability, if any.** | | X | | **3,003.00** | **0.00** | **3,003.00** |

Sheet __2__ of __4__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | | **0.00** |
| (Total of this page) | **8,892.50** | **8,892.50** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re   **Kurt Steven Zimny,**
        **Karla Ann Scholl**

Case No. _____

Debtors ,

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **Creditor #: 11** **Piotr Sarkowicz** **5722 W. Grace st.** **Chicago, IL 60634** | | - | **02/2009** **Due by Zim's Trucking Services, Inc. included for purposes of notice and discharge of personal liability, if any.** | | X | | 2,007.56 | 0.00 | 2,007.56 |
| Account No. **Creditor #: 12** **Piotr Scislowicz** **6925 W. 88 th Place** **Bridgeview, IL 60455** | | - | **02/2009** **Due by Zim's Trucking Services, Inc. included for purposes of notice and discharge of personal liability, if any.** | | X | | 1,776.15 | 0.00 | 1,776.15 |
| Account No. **Creditor #: 13** **Robert Hiyane** **828 W. Panorama Drive** **Palatine, IL 60067** | | - | **02/2009** **Due by Zim's Trucking Services, Inc. included for purposes of notice and discharge of personal liability, if any.** | | X | | 2,255.15 | 0.00 | 2,255.15 |
| Account No. **Creditor #: 14** **Robert Ingolia** **132 Wolcott Court** **Schaumburg, IL 60193** | | - | **02/2009** **Due by Zim's Trucking Services, Inc. included for purposes of notice and discharge of personal liability, if any.** | | X | | 788.00 | 0.00 | 788.00 |
| Account No. **Creditor #: 15** **Ronald Howard** **228 Westmore-Meyers** **Lombard, IL 60148** | | - | **02/2009** **Due by Zim's Trucking Services, Inc. included for purposes of notice and discharge of personal liability, if any.** | | X | | 1,317.70 | 0.00 | 1,317.70 |

Sheet __3__ of __4__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | | |
|---|---|---|
| 0.00 | | |
| 8,144.56 | | 8,144.56 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                          Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re  **Kurt Steven Zimny,**
      **Karla Ann Scholl**                                             Case No. _____

_____,
                                    Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br>**Creditor #: 16**<br>**Stanford Mcdermott**<br>**3903 Warren Ave.**<br>**Bellwood, IL 60104** | - | | **02/2009**<br>**Due by Zim's Trucking Services, Inc. included for purposes of notice and discharge of personal liability, if any.** | | X | | 3,146.38 | 0.00 | 3,146.38 |
| Account No.<br>**Creditor #: 17**<br>**Zbigniew Korol**<br>**5012 W. Roscoe St.**<br>**Chicago, IL 60641** | - | | **02/2009**<br>**Due by Zim's Trucking Services, Inc. included for purposes of notice and discharge of personal liability, if any.** | | X | | 4,640.00 | 0.00 | 4,640.00 |
| Account No.<br>**Creditor #: 18**<br>**Zygmunt Sarkowicz**<br>**5722 W. Grace St.**<br>**Chicago, IL 60634** | - | | **02/2009**<br>**Due by Zim's Trucking Services, Inc. included for purposes of notice and discharge of personal liability, if any.** | | X | | 1,443.65 | 10.00 | 1,433.65 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet __4__ of __4__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | 9,230.03 | 10.00<br>9,220.03 |
| Total<br>(Report on Summary of Schedules) | 34,138.50 | 10.00<br>34,128.50 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re **Kurt Steven Zimny,**
  **Karla Ann Scholl**

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **87563036**<br><br>**Creditor #: 1**<br>**ADT Security Services**<br>**PO Box 371967**<br>**Pittsburgh, PA 15250-7967** | - | | 02/2009<br>**Business account for Zim's Trucking** | | X | | 130.82 |
| Account No. **xxxx-xxxx-xxxx-8073**<br><br>**Creditor #: 2**<br>**Advanta Bank**<br>**PO Box 8088**<br>**Philadelphia, PA 19101-8088** | - | | **Business credit account.** | | X | | 2,001.00 |
| Account No.<br><br>**Creditor #: 3**<br>**AGW Transport**<br>**1300 Michael Drive, Suite B**<br>**Wood Dale, IL 60191** | - | | **Security Deposit from Tenant** | | X | | 1,600.00 |
| Account No. **2179**<br><br>**Creditor #: 4**<br>**AGW Transport, Inc.**<br>**224 Burton Drive**<br>**Bartlett, IL 60103** | - | | 01/2009<br>**Business Account for Zim's Trucking** | | X | | 975.00 |

__25__ continuation sheets attached

Subtotal (Total of this page)  **4,706.82**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037      S/N:30457-090406   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Kurt Steven Zimny,**                                                   Case No. _____
       **Karla Ann Scholl**
_____,
                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. <br><br>**Representing:** <br>**AGW Transport, Inc.** | | | | | **AGW Transport, Inc.** <br>**c/o Bibby Transportation Finance** <br>**PO Box 100920** <br>**Atlanta, GA 30384-0920** | | | | |
| Account No. **61966006196600** <br>**Creditor #: 5** <br>**Amcore Bank, N.A.** <br>**501 Seventh Street** <br>**P.O. Box 1537** <br>**Rockford, IL 61110** | | | - | | **Nov. 2007** <br>**Business line of credit; amount due is unclear at time of filing; original note amount was $540,000, and maybe partiall secured by assets, if any, not owned by debtor.** | | X | | 540,000.00 |
| Account No. **70952007095200** <br>**Creditor #: 6** <br>**Amcore Bank, N.A.** <br>**1210 S. Alpine Road** <br>**Rockford, IL 61108** | | | - | | **2007** <br>**Factoring company loan; incurred by Supreme Transportation Inc. in 2007; Inherited debt by Zim's Trucking, Inc.** | | X | | 428,763.00 |
| Account No. <br><br>**Representing:** <br>**Amcore Bank, N.A.** | | | | | **Amcore Bank, N.A.** <br>**501 Seventh Street** <br>**P.O. Box 1537** <br>**Rockford, IL 61110** | | | | |
| Account No. **9802003391** <br>**Creditor #: 7** <br>**Amcore Bank, N.A.** <br>**1210 S. Alpine Road** <br>**Rockford, IL 61108** | | | - | | **Revolving** <br>**Business checking account in name of Zim's Trucking, Inc.; Overdraft fees.** | | X | | 1,920.00 |

Sheet no. __1___ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                         970,683.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Kurt Steven Zimny,**
       **Karla Ann Scholl**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Representing:<br>**Amcore Bank, N.A.** | | | | **Amcore Bank, N.A.**<br>**501 Seventh Street**<br>**P.O. Box 1537**<br>**Rockford, IL 61110** | | | | |
| Account No. **24760002476001**<br><br>**Creditor #: 8**<br>**Amcore Bank, N.A.**<br>**1210 S. Alpine Road**<br>**Rockford, IL 61108** | | - | | **Summer 2007**<br>**Line of Credit in name of Zim's Trucking, Inc.** | | X | | 83,000.00 |
| Account No.<br><br>Representing:<br>**Amcore Bank, N.A.** | | | | **Amcore Bank, N.A.**<br>**501 Seventh Street**<br>**P.O. Box 1537**<br>**Rockford, IL 61110** | | | | |
| Account No. **9802266797**<br><br>**Creditor #: 9**<br>**Amcore Bank, N.A.**<br>**1210 S. Alpine Road**<br>**Rockford, IL 61108** | | - | | **Factoring account in name of Zim's Logistics, Inc..** | | X | | 34,605.00 |
| Account No. **3499916115623803**<br><br>**Creditor #: 10**<br>**Amex**<br>**P.O. Box 981537**<br>**El Paso, TX 79998** | | H | | **Opened  9/09/08**<br>**Credit account.** | | X | | 11,265.00 |

Sheet no. __**2**___ of __**25**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

128,870.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Kurt Steven Zimny,**
       **Karla Ann Scholl**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **1683768**<br><br>Creditor #: 11<br>**ARC Disposal & Recycling**<br>**Po Box 9001822**<br>**Louisville, KY 40290** | - | | **01/2009**<br>**Business account for Zim's Trucking** | | X | | 191.71 |
| Account No. **1698442**<br><br>Creditor #: 12<br>**ARC Disposal & Recycling**<br>**Po Box 9001822**<br>**Louisville, KY 40290** | - | | **02/2009**<br>**Business account for Zim's Trucking** | | X | | 230.35 |
| Account No. 261038006<br><br>Creditor #: 13<br>**AT& T**<br>**P.O. Box 8100**<br>**Aurora, IL 60507-8100** | H | | **Telephone charges used for business.** | | X | | 542.00 |
| Account No. **Zim's Trucking**<br><br>Creditor #: 14<br>**Barr Management**<br>**Trans Romex Chek**<br>**6408 N. Western Avenue**<br>**Chicago, IL 60645** | - | | **03/2009**<br>**Business account for Zim's Trucking** | | X | | 2,205.00 |
| Account No. 3112<br><br>Creditor #: 15<br>**Bk Of Amer**<br>**4060 Ogletown/Stan**<br>**Newark, DE 19713** | J | | **Opened 11/26/07**<br>**Credit account.** | | X | | 14,477.00 |

Sheet no. __3__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

17,646.06

B6F (Official Form 6F) (12/07) - Cont.

In re  **Kurt Steven Zimny,**  Case No. _____
     **Karla Ann Scholl**

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. USA00005949 | | | 11/2008 | | | | |
| Creditor #: 16 Cargowise Deli 1699 Wall Street Mount Prospect, IL 60056 | - | | Business account for Zim's Trucking | | X | | |
| | | | | | | | 1,495.45 |
| Account No. Zim's Trucking | | | 03/2009 | | | | |
| Creditor #: 17 CB Richard Ellis Asset Services: Lisa Krumwiede 20 N. Martingale Road, Suite 100 Schaumburg, IL 60173 | - | | Business account for Zim's Trucking | | X | | |
| | | | | | | | 18,432.73 |
| Account No. 546604200859 | | | Opened  9/23/08 | | | | |
| Creditor #: 18 Chase Bank One Card Serv Westerville, OH 43081 | | W | Credit account. | | X | | |
| | | | | | | | 18,904.00 |
| Account No. 422661035803 | | | Opened  8/09/95 | | | | |
| Creditor #: 19 Chase 800 Brooksedge Blv Westerville, OH 43081 | | H | Credit account. | | X | | |
| | | | | | | | 14,706.00 |
| Account No. A83463299 | | | 03/2009 | | | | |
| Creditor #: 20 Comdata PO Box 100647 Atlanta, GA 30384 | - | | Business account for Zim's Trucking | | X | | |
| | | | | | | | 5,744.09 |

Sheet no. __4___ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

59,282.27

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re **Kurt Steven Zimny,**                          Case No. _____
       **Karla Ann Scholl**

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C (Husband, Wife, Joint, or Community) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **A90343508** <br><br> **Creditor #: 21** <br> **Comdata** <br> **PO Box 100647** <br> **Atlanta, GA 30384** | | - | **03/2009** <br> **Business account for Zim's Trucking** | | X | | 55.95 |
| Account No. **Zim's Trucking Service** <br><br> **Creditor #: 22** <br> **ComED** <br> **Bill Payment Center** <br> **Chicago, IL 60668-0001** | | - | **Prior to 11/2008** <br> **Business account for Zim's Trucking Services** | | X | | 851.37 |
| Account No. **Zim's Trucking Services** <br><br> **Creditor #: 23** <br> **Contractor's Respource Solutions** <br> **3855 Shallowford Road** <br> **Marietta, GA 30062** | | - | **Prior to 01/2009** <br> **Business account for Zim's Trucking Services** | | X | | 15,043.54 |
| Account No. **536** <br><br> **Creditor #: 24** <br> **Courtesy Transport, Inc.** <br> **50795 Heather Lane** <br> **Elkhart, IN 46514** | | - | **02/2009** <br> **Business account for Zim's Trucking** | | X | | 350.00 |
| Account No. <br><br> **Representing:** <br> **Courtesy Transport, Inc.** | | | **Assist Financial Services** <br> **PO Box 347** <br> **Madison, SD 57042** | | | | |

Sheet no. __5__ of __25__ sheets attached to Schedule of                   Subtotal
Creditors Holding Unsecured Nonpriority Claims                                (Total of this page)    **16,300.86**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Kurt Steven Zimny,**
      **Karla Ann Scholl**

Case No. _____

                                        ,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **18685**<br><br>**Creditor #: 25**<br>**D & E Transport**<br>**PO Box 12588**<br>**Green Bay, WI 54307-2588** | - | | **01/2009**<br>**Business account for Zim's Trucking** | | X | | 350.00 |
| Account No. **Zim's Trucking Services**<br><br>**Creditor #: 26**<br>**DCFS USA, LLC**<br>**PO Box 3198**<br>**Milwaukee, WI 53201-3198** | - | | **Prior to 12/2008**<br>**Business account for Zim's Trucking Services** | | X | | 1,498.93 |
| Account No. **601100762066**<br><br>**Creditor #: 27**<br>**Discover Fin**<br>**Pob 15316**<br>**Wilmington, DE 19850** | - | | **Opened 10/20/00**<br>**Business credit account.** | | X | | 3,729.00 |
| Account No. **40281006**<br><br>**Creditor #: 28**<br>**Discover Pl**<br>**Po Box 30954**<br>**Salt Lake City, UT 84130** | | H | **Opened 11/13/07**<br>**Credit account.** | | X | | 18,153.00 |
| Account No. **10890**<br><br>**Creditor #: 29**<br>**DR Express, LLC**<br>**PO Box 28827**<br>**Milwaukee, WI 53228-0827** | - | | **12/2008**<br>**Business Account for Zim's Trucking** | | X | | 900.00 |

Sheet no. \_\_**6**\_\_ of \_\_**25**\_\_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

24,630.93

B6F (Official Form 6F) (12/07) - Cont.

In re  **Kurt Steven Zimny,**
      **Karla Ann Scholl**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **48442** | | | | | 10/2008 | | | | |
| Creditor #: 30 Elmhurst Memorial 75 Remittance Drive, Suite 91927 Chicago, IL 60675-1927 | - | | | | Business account for Zim's Trucking Services | | X | | 90.00 |
| Account No. **48664** | | | | | 10/2008 | | | | |
| Creditor #: 31 Elmhurst Memorial 75 Remittance Drive, Suite 91927 Chicago, IL 60675-1927 | - | | | | Business account for Zim's Trucking Services | | X | | 180.00 |
| Account No. **49436** | | | | | 12/2008 | | | | |
| Creditor #: 32 Elmhurst Memorial 75 Remittance Drive, Suite 91927 Chicago, IL 60675-1927 | - | | | | Business account for Zim's Trucking Services | | X | | 180.00 |
| Account No. **49914** | | | | | 01/2009 | | | | |
| Creditor #: 33 Elmhurst Memorial 75 Remittance Drive, Suite 91927 Chicago, IL 60675-1927 | - | | | | Business account for Zim's Trucking Services | | X | | 45.00 |
| Account No. **50846** | | | | | 03/2009 | | | | |
| Creditor #: 34 Elmhurst Memorial 75 Remittance Drive, Suite 91927 Chicago, IL 60675-1927 | - | | | | Business account for Zim's Trucking Services | | X | | 135.00 |

Sheet no. __7__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

630.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Kurt Steven Zimny,**                                          Case No. _____
         **Karla Ann Scholl**
_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Zim's Trucking Services** <br><br> **Creditor #: 35** <br> **Ford Credit** <br> **PO box 790093** <br> **Saint Louis, MO 63179-0093** | - | | **Prior to 12/2008** <br> **Business account for Zim's Trucking Services** | | X | | 483.25 |
| Account No. **42807365** <br><br> **Creditor #: 36** <br> **ford Credit** <br> **PO box 790093** <br> **Saint Louis, MO 63179-0093** | - | | **Ford Van E350 with aprox 160,000 miles in name of Zims Trucking, Inc. (Repossessed April 2009)** | | X | | 12,790.00 |
| Account No. **758-05** <br><br> **Creditor #: 37** <br> **GMG Express, Inc.** <br> **16 W 455 S. Frontage Road** <br> **Suite 104** <br> **Willowbrook, IL 60527** | - | | **01/2009** <br> **Business account for Zim'a Trucking** | | X | | 350.00 |
| Account No. **109169** <br><br> **Creditor #: 38** <br> **GPSNET Technologies, Inc.** <br> **3290 Jefferson Boulevard, Suite 202** <br> **Windsor N8T 2W8 Ontario** | - | | **12/2008** <br> **Business Account for Zim's Trucking Services, Inc.** | | X | | 125.00 |
| Account No. **Zim's Trucking Service's, Inc.** <br><br> **Creditor #: 39** <br> **Harleysville Insurance** <br> **Proceeing Center** <br> **PO BOX 37712** <br> **Philadelphia, PA 19101** | - | | **prior to 10/2008** <br> **Business Account for Zim's Trucking Services, Inc.** | | X | | 404.70 |

Sheet no. __8___ of __25__ sheets attached to Schedule of                    Subtotal                  14,152.95
Creditors Holding Unsecured Nonpriority Claims                          (Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Kurt Steven Zimny,**
       **Karla Ann Scholl**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. 020934228526464 <br><br> Creditor #: 40 <br> Hinckley Springs <br> PO BOX 660579 <br> Dallas, TX 75266 | - | | | prior to 12/2008 <br> Business Account for Zim's Trucking Services, Inc. | | X | | 15.99 |
| Account No. 700106600128 <br><br> Creditor #: 41 <br> Hsbc/Bstby <br> Pob 15521 <br> Wilmington, DE 19805 | J | | | Opened 11/01/94 <br> Credit account. | | X | | 1,146.00 |
| Account No. 600430011007 <br><br> Creditor #: 42 <br> Hsbc/Menards <br> Pob 15521 <br> Wilmington, DE 19805 | H | | | Opened 12/30/07 <br> Credit account. | | X | | 2,371.00 |
| Account No. BUIFSU 0445997 <br><br> Creditor #: 43 <br> International Fidelity Insurance Co <br> 1948 Gateway Center Drive, Ste. 143 <br> Belvidere, IL 61008 | - | | | Bond company for Zim's Logistic's, Inc. included for purposes of notice and discharge of personal liaiblity, if any. | | X | | 10,000.00 |
| Account No. 5995 <br><br> Creditor #: 44 <br> M&S Trailer Repair <br> 641 Elsie Drive <br> Melrose Park, IL 60160 | - | | | Business Account for Zim's Trucking Services, Inc. | | X | | 197.50 |

Sheet no. __9___ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

13,730.49

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Kurt Steven Zimny,**
        **Karla Ann Scholl**

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5996**<br><br>Creditor #: 45<br>**M&S Trailer Repair**<br>**641 Elsie Drive**<br>**Melrose Park, IL 60160** | - | | | | Business Account for Zim's Trucking Services, Inc. | | X | | 20.50 |
| Account No. **5997**<br><br>Creditor #: 46<br>**M&S Trailer Repair**<br>**641 Elsie Drive**<br>**Melrose Park, IL 60160** | - | | | | Business Account for Zim's Trucking Services, Inc. | | X | | 85.50 |
| Account No. **129277**<br><br>Creditor #: 47<br>**Marx Transport**<br>**c/o Bibby Transportation Finance**<br>**PO Box 100920**<br>**Atlanta, GA 30384-0920** | - | | | | 11/2008<br>Business Account for Zim's Trucking | | X | | 1,850.00 |
| Account No.<br><br>Representing:<br>**Marx Transport** | | | | | **Marx Transport, Inc.**<br>**116 Fox Street**<br>**Cary, IL 60013** | | | | |
| Account No. **129282**<br><br>Creditor #: 48<br>**Marx Transport**<br>**c/o Bibby Transportation Finance**<br>**PO Box 100920**<br>**Atlanta, GA 30384-0920** | - | | | | 11/2008<br>Business Account for Zim's Trucking | | X | | 525.00 |

Sheet no. __10__ of __25__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **2,481.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re **Kurt Steven Zimny,**
**Karla Ann Scholl**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Representing:**<br>**Marx Transport** | | | Marx Transport, Inc.<br>116 Fox Street<br>Cary, IL 60013 | | | | |
| Account No. **129403**<br>**Creditor #: 49**<br>**Marx Transport**<br>**c/o Bibby Transportation Finance**<br>**PO Box 100920**<br>**Atlanta, GA 30384-0920** | - | | 11/2008<br>Business Account for Zim's Trucking | | X | | 1,650.00 |
| Account No.<br><br>**Representing:**<br>**Marx Transport** | | | Marx Transport, Inc.<br>116 Fox Street<br>Cary, IL 60013 | | | | |
| Account No. **129271**<br>**Creditor #: 50**<br>**Marx Transport**<br>**c/o Bibby Transportation Finance**<br>**PO Box 100920**<br>**Atlanta, GA 30384-0920** | - | | 11/2008<br>Business Account for Zim's Trucking | | X | | 1,650.00 |
| Account No.<br><br>**Representing:**<br>**Marx Transport** | | | Marx Transport, Inc.<br>116 Fox Street<br>Cary, IL 60013 | | | | |

Sheet no. __11__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**3,300.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re **Kurt Steven Zimny,**           Case No. _____
     **Karla Ann Scholl**

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **129605**<br><br>**Creditor #: 51**<br>**Marx Transport**<br>**c/o Bibby Transportation Finance**<br>**PO Box 100920**<br>**Atlanta, GA 30384-0920** | - | | **12/2008**<br>**Business Account for Zim's Trucking** | | X | | |
| | | | | | | | **1,000.00** |
| Account No.<br><br>**Representing:**<br>**Marx Transport** | | | **Marx Transport, Inc.**<br>**116 Fox Street**<br>**Cary, IL 60013** | | | | |
| Account No. **129714**<br><br>**Creditor #: 52**<br>**Marx Transport**<br>**c/o Bibby Transportation Finance**<br>**PO Box 100920**<br>**Atlanta, GA 30384-0920** | - | | **1/2009**<br>**Business Account for Zim's Trucking** | | X | | |
| | | | | | | | **1,640.00** |
| Account No.<br><br>**Representing:**<br>**Marx Transport** | | | **Marx Transport, Inc.**<br>**116 Fox Street**<br>**Cary, IL 60013** | | | | |
| Account No. **129713**<br><br>**Creditor #: 53**<br>**Marx Transport**<br>**c/o Bibby Transportation Finance**<br>**PO Box 100920**<br>**Atlanta, GA 30384-0920** | - | | **01/2009**<br>**Business Account for Zim's Trucking** | | X | | |
| | | | | | | | **2,000.00** |

Sheet no. __12__ of __25__ sheets attached to Schedule of                Subtotal      | **4,640.00**
Creditors Holding Unsecured Nonpriority Claims              (Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Kurt Steven Zimny,**           Case No. _____
     **Karla Ann Scholl**

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Representing:**<br>**Marx Transport** | | | **Marx Transport, Inc.**<br>**116 Fox Street**<br>**Cary, IL 60013** | | | | |
| Account No. **129706**<br>**Creditor #: 54**<br>**Marx Transport**<br>**c/o Bibby Transportation Finance**<br>**PO Box 100920**<br>**Atlanta, GA 30384-0920** | - | | **01/2009**<br>**Business Account for Zim's Trucking** | | X | | **1,100.00** |
| Account No.<br><br>**Representing:**<br>**Marx Transport** | | | **Marx Transport, Inc.**<br>**116 Fox Street**<br>**Cary, IL 60013** | | | | |
| Account No. **129708**<br>**Creditor #: 55**<br>**Marx Transport**<br>**c/o Bibby Transportation Finance**<br>**PO Box 100920**<br>**Atlanta, GA 30384-0920** | - | | **01/2009**<br>**Business Account for Zim's Trucking** | | X | | **4,200.00** |
| Account No.<br><br>**Representing:**<br>**Marx Transport** | | | **Marx Transport, Inc.**<br>**116 Fox Street**<br>**Cary, IL 60013** | | | | |

Sheet no. __**13**__ of __**25**__ sheets attached to Schedule of        Subtotal       **5,300.00**
Creditors Holding Unsecured Nonpriority Claims        (Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037            Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Kurt Steven Zimny,**
**Karla Ann Scholl**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **129588** | | | | 12/2008 | | | | |
| Creditor #: 56 **Marx Transport** **c/o Bibby Transportation Finance** **PO Box 100920** **Atlanta, GA 30384-0920** | - | | | **Business Account for Zim's Trucking** | | X | | |
| | | | | | | | | 640.00 |
| Account No. | | | | Marx Transport, Inc. **116 Fox Street** **Cary, IL 60013** | | | | |
| **Representing:** **Marx Transport** | | | | | | | | |
| Account No. **129331** | | | | 11/2008 | | | | |
| Creditor #: 57 **Marx Transport, Inc.** **116 Fox Street** **Cary, IL 60013** | - | | | **Business Account for Zim's Trucking** | | X | | |
| | | | | | | | | 2,400.00 |
| Account No. | | | | Marx Transport **c/o Bibby Transportation Finance** **PO Box 100920** **Atlanta, GA 30384-0920** | | | | |
| **Representing:** **Marx Transport, Inc.** | | | | | | | | |
| Account No. **129276** | | | | 11/2008 | | | | |
| Creditor #: 58 **Marx Transport, Inc.** **116 Fox Street** **Cary, IL 60013** | - | | | **Business Account for Zim's Trucking** | | X | | |
| | | | | | | | | 1,850.00 |

Sheet no. __14__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,890.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Kurt Steven Zimny,**
       **Karla Ann Scholl**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br>**Representing:**<br>**Marx Transport, Inc.** | | | | | **Marx Transport**<br>**c/o Bibby Transportation Finance**<br>**PO Box 100920**<br>**Atlanta, GA 30384-0920** | | | | |
| Account No.<br>**Creditor #: 59**<br>**Max's Trans**<br>**116 Fox Street**<br>**Cary, IL 60013** | | - | | | **Business expenses** | | X | | 5,750.00 |
| Account No. 59369<br>**Creditor #: 60**<br>**Meridian Mechanical**<br>**PO BOX 1485**<br>**Elk Grove Village, IL 60009** | | - | | | 10/2008<br>**Business Account for Zim's Trucking Services, Inc.** | | X | | 109.36 |
| Account No. 9673<br>**Creditor #: 61**<br>**MIS Choice**<br>**1699 Wall street, Suite 602**<br>**Mount Prospect, IL 60056** | | - | | | **Business Account for Zim's Trucking Services, Inc.** | | X | | 1,900.00 |
| Account No. 10056<br>**Creditor #: 62**<br>**MIS Choice**<br>**1699 Wall street, Suite 602**<br>**Mount Prospect, IL 60056** | | - | | | **Business Account for Zim's Trucking Services, Inc.** | | X | | 550.00 |

Sheet no. __15__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

8,309.36

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Kurt Steven Zimny,**                                          Case No. _____
    **Karla Ann Scholl**

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **10037**<br><br>Creditor #: 63<br>**MIS Choice**<br>**1699 Wall street, Suite 602**<br>**Mount Prospect, IL 60056** | - | | | **Business Account for Zim's Trucking Services, Inc.** | | X | | 80.29 |
| Account No. **10057**<br><br>Creditor #: 64<br>**MIS Choice**<br>**1699 Wall street, Suite 602**<br>**Mount Prospect, IL 60056** | - | | | **Business Account for Zim's Trucking Services, Inc.** | | X | | 795.00 |
| Account No. 3936<br><br>Creditor #: 65<br>**MP Trailer Repair, LTD.**<br>**PO BOX 931**<br>**Wood Dale, IL 60191** | - | | | **Business Account for Zim's Trucking Services, Inc.** | | X | | 986.75 |
| Account No. 3874<br><br>Creditor #: 66<br>**MP Trailer Repair, LTD.**<br>**PO BOX 931**<br>**Wood Dale, IL 60191** | - | | | **Business Account for Zim's Trucking Services, Inc.** | | X | | 1,019.00 |
| Account No. **Zim's Trucking Services, Inc.**<br><br>Creditor #: 67<br>**Nicor**<br>**PO BOX 416**<br>**Aurora, IL 60568** | - | | | **Business Account for Zim's Trucking Services, Inc.** | | X | | 2,053.98 |

Sheet no. __16__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,935.02

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re **Kurt Steven Zimny,**
**Karla Ann Scholl**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **654/08**<br><br>**Creditor #: 68**<br>**Nicpon Corporation**<br>**PO Box 1389**<br>**Houston, TX 77251-1389** | - | | **11/2008**<br>**Business Account for Zim's Trucking** | | X | | **1,890.00** |
| Account No. **25005452264**<br><br>**Creditor #: 69**<br>**Nissn Inf Lt**<br>**Pob 660366**<br>**Dallas, TX 75266** | | H | **Opened 8/02/03**<br>**Lease vehicle; was paid off aprox.**<br>**August/Sept. 2008; credit report shows a**<br>**$1,157 balance; debtor not in possession of**<br>**vehicle.** | | X | | **0.00** |
| Account No. **0003772096**<br><br>**Creditor #: 70**<br>**Nordstromfsb**<br>**Po Box 13589**<br>**Scottsdale, AZ 85267** | | W | **Opened 9/27/02**<br>**Business credit account.** | | X | | **3,797.00** |
| Account No. **Zim's Trucking Services, Inc.**<br><br>**Creditor #: 71**<br>**Office Depot**<br>**PO BOX 689020**<br>**Des Moines, IA 50368** | - | | **Business Account for Zim's Trucking Services, Inc.** | | X | | **8,529.60** |
| Account No. **50167**<br><br>**Creditor #: 72**<br>**On Hold Technologies**<br>**2247 West Palm Beach**<br>**Suite 110**<br>**West Palm Beach, FL 33409** | - | | **Business Account for Zim's Trucking Services, Inc.** | | X | | **33.00** |

Sheet no. __17__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**14,249.60**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Kurt Steven Zimny,**
    **Karla Ann Scholl**
                                            ,

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Zim's Trucking Services, Inc,**<br><br>**Creditor #: 73**<br>**Paetec**<br>**PO BOX 3243**<br>**Milwaukee, WI 53201** | - | | **Business Account for Zim's Trucking Services, Inc.** | | X | | 1,021.42 |
| Account No. 7659414<br><br>**Creditor #: 74**<br>**Paetec**<br>**PO BOX 3243**<br>**Milwaukee, WI 53201** | - | | **Business Account for Zim's Trucking Services, Inc.** | | X | | 883.89 |
| Account No. 3390804<br><br>**Creditor #: 75**<br>**Personnel Concepts**<br>**PO BOX 9003**<br>**San Dimas, CA 91773** | - | | **Business Account for Zim's Trucking Services, Inc.** | | X | | 201.85 |
| Account No.<br><br>**Creditor #: 76**<br>**Pony Express**<br>**279 Meribel Court**<br>**Schaumburg, IL 60194** | - | | **Courier fees and charges for business.** | | X | | 11,615.00 |
| Account No. 1439<br><br>**Creditor #: 77**<br>**Prosport Express, Inc**<br>**2260 Landmeier Road, Suite E**<br>**Elk Grove Village, IL 60007** | - | | 02/09<br>**Business account for Zim's Trucking** | | X | | 325.00 |

Sheet no. __**18**__ of __**25**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

14,047.16

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re  **Kurt Steven Zimny,**
       **Karla Ann Scholl**                                              Case No. _____

_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.  **Representing: Prosport Express, Inc** | | | **Riviera Finance 22331 Network Place Chicago, IL 60673-1223** | | | | |
| Account No. **ZTRT01**  **Creditor #: 78 Rapid Transportation Services, Inc. PO Box 25229 Anaheim, CA 92825-5229** | - | | **02/2009 Business account for Zim's Trucking** | | X | | 325.00 |
| Account No.  **Representing: Rapid Transportation Services, Inc.** | | | **Orange Commercial Credit PO Box 25229 Anaheim, CA 92825-5229** | | | | |
| Account No. **0928633**  **Creditor #: 79 Roscoe PO BOX 4804 Chicago, IL 60680** | - | | **Business Account for Zim's Trucking Services, Inc.** | | X | | 89.45 |
| Account No. **0931980**  **Creditor #: 80 Roscoe PO BOX 4804 Chicago, IL 60680** | - | | **Business Account for Zim's Trucking Services, Inc.** | | X | | 84.83 |

Sheet no. __19__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

499.28

B6F (Official Form 6F) (12/07) - Cont.

In re **Kurt Steven Zimny,**
**Karla Ann Scholl**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. **0935371** | | | - | | Business Account for Zim's Trucking Services, Inc. | | X | | |
| Creditor #: 81 Roscoe PO BOX 4804 Chicago, IL 60680 | | | | | | | | | 90.55 |
| Account No. **0938775** | | | - | | Business Account for Zim's Trucking Services, Inc. | | X | | |
| Creditor #: 82 Roscoe PO BOX 4804 Chicago, IL 60680 | | | | | | | | | 85.93 |
| Account No. **0942155** | | | - | | Business Account for Zim's Trucking Services, Inc. | | X | | |
| Creditor #: 83 Roscoe PO BOX 4804 Chicago, IL 60680 | | | | | | | | | 91.84 |
| Account No. **0945558** | | | - | | Business Account for Zim's Trucking Services, Inc. | | X | | |
| Creditor #: 84 Roscoe PO BOX 4804 Chicago, IL 60680 | | | | | | | | | 85.93 |
| Account No. **Zim's Trucking Servicing, Inc.** | | | - | | Business Account for Zim's Trucking Services, Inc. | | X | | |
| Creditor #: 85 Runge Paper Company 2201  Arthur Ave. Elk Grove Village, IL 60007 | | | | | | | | | 120.00 |

Sheet no. __20__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

474.25

B6F (Official Form 6F) (12/07) - Cont.

In re  **Kurt Steven Zimny,**
      **Karla Ann Scholl**
                                        **Debtors**

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **7000074**<br><br>Creditor #: 86<br>**Stefania Kindzierski**<br>**3746 N. Oriole Avenue**<br>**Chicago, IL 60634** | - | | | | **12/2008**<br>**Business account for Zim's Trucking** | | X | | 1,450.00 |
| Account No. **7000075**<br><br>Creditor #: 87<br>**Stefania Kindzierski**<br>**3746 N. Oriole Avenue**<br>**Chicago, IL 60634** | - | | | | **12/2008**<br>**Business account for Zim's Trucking** | | X | | 550.00 |
| Account No. **7000085**<br><br>Creditor #: 88<br>**Stefania Kindzierski**<br>**3746 N. Oriole Avenue**<br>**Chicago, IL 60634** | - | | | | **01/2009**<br>**Business account for Zim's Trucking** | | X | | 800.00 |
| Account No. **7000084**<br><br>Creditor #: 89<br>**Stefania Kindzierski**<br>**3746 N. Oriole Avenue**<br>**Chicago, IL 60634** | - | | | | **01/2009**<br>**Business account for Zim's Trucking** | | X | | 120.00 |
| Account No. **Zim's Trucking Servicing, Inc.**<br><br>Creditor #: 90<br>**Taxes Withheld**<br>**1401 E. Oakton Ave.**<br>**Des Plaines, IL 60018** | - | | | | **Business Account for Zim's Trucking Services, Inc.** | | X | | 350.00 |

Sheet no. __21__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**3,270.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re   **Kurt Steven Zimny,**
    **Karla Ann Scholl**                                        Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **Zim's Trucking Servicing, Inc.**<br><br>**Creditor #: 91**<br>**Taxes Withheld**<br>**1401 E. Oakton Ave.**<br>**Des Plaines, IL 60018** | - | | | **Business Account for Zim's Trucking Services, Inc.** | | X | | 100.00 |
| Account No. **Zim's Trucking Servicing, Inc,**<br><br>**Creditor #: 92**<br>**Taxes Withheld**<br>**1401 E. Oakton Ave.**<br>**Des Plaines, IL 60018** | - | | | **Business Account for Zim's Trucking Services, Inc.** | | X | | 425.00 |
| Account No. **1424**<br><br>**Creditor #: 93**<br>**Timex Logistics Co**<br>**6554 S. Homan Avenue**<br>**Chicago, IL 60629** | | | | 02/2009<br>**Business account for Zim's Trucking** | | X | | 325.00 |
| Account No.<br><br>**Representing:**<br>**Timex Logistics Co** | | | | **Assist Financial Services**<br>**PO Box 347**<br>**Madison, SD 57042** | | | | |
| Account No. **00391069**<br><br>**Creditor #: 94**<br>**TNT USA, Inc.**<br>**PO BOX 710746**<br>**Columbus, OH 43271** | - | | | **Business Account for Zim's Trucking Services, Inc.** | | X | | 9.65 |

Sheet no. __22__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    859.65

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re **Kurt Steven Zimny,**
       **Karla Ann Scholl**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. 00389864 | | | | | Business Account for Zim's Trucking Services, Inc. | | | | |
| Creditor #: 95 TNT USA, Inc. PO BOX 710746 Columbus, OH 43271 | | - | | | | | X | | |
| | | | | | | | | | 100.00 |
| Account No. 20795124 | | | | | Business Account for Zim's Trucking Services, Inc. | | | | |
| Creditor #: 96 Transcore Commercial PO BOX 8500 Philadelphia, PA 19178 | | - | | | | | X | | |
| | | | | | | | | | 420.00 |
| Account No. 20846754 | | | | | Business Account for Zim's Trucking Services, Inc. | | | | |
| Creditor #: 97 Transcore Commercial PO BOX 8500 Philadelphia, PA 19178 | | - | | | | | X | | |
| | | | | | | | | | 455.00 |
| Account No. 199371171133 | | | | | Line of Credit used for overdraft protection. In name of Zim's Trucking, Inc. | | | | |
| Creditor #: 98 U.S. Bank 1953 N Clybourn Chicago, IL 60614 | | - | | | | | X | | |
| | | | | | | | | | 1,349.00 |
| Account No. 8755 | | | | | 02/2009 Business account for Zim's Trucking | | | | |
| Creditor #: 99 United Business Corporation 405 Beechwood Drive Westmont, IL 60559 | | - | | | | | X | | |
| | | | | | | | | | 325.00 |

Sheet no. __23__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,649.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Kurt Steven Zimny,**                                              Case No. _____
         **Karla Ann Scholl**
_____,
                            Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **0000Y13015508** | | | | | Business Account for Zim's Trucking Services, Inc. | | | | |
| **Creditor #: 100**<br>**UPS**<br>**Lockbox 577**<br>**Carol Stream, IL 60132** | - | | | | | | X | | 88.81 |
| Account No. **0000Y13015069** | | | | | Business Account for Zim's Trucking Services, Inc. | | | | |
| **Creditor #: 101**<br>**UPS**<br>**Lockbox 577**<br>**Carol Stream, IL 60132** | - | | | | | | X | | 14.04 |
| Account No. **442828886725** | | | | | Opened  8/01/03<br>Credit account. | | | | |
| **Creditor #: 102**<br>**Us Bank**<br>**Cb Disputes**<br>**Saint Louis, MO 63166** | H | | | | | | X | | 11,542.00 |
| Account No. **472183** | | | | | Business Account for Zim's Trucking Services, Inc. | | | | |
| **Creditor #: 103**<br>**Wentworth Tire**<br>**300 N. York Road**<br>**Bensenville, IL 60106** | - | | | | | | X | | 380.98 |
| Account No. **472185** | | | | | Business Account for Zim's Trucking Services, Inc. | | | | |
| **Creditor #: 104**<br>**Wentworth Tire**<br>**300 N. York Road**<br>**Bensenville, IL 60106** | - | | | | | | X | | 396.00 |

Sheet no. __24__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

12,421.83

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Kurt Steven Zimny,**
       **Karla Ann Scholl**

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **468326**<br>**Creditor #: 105**<br>**Wentworth Tire**<br>**300 N. York Road**<br>**Bensenville, IL 60106** | - | | **Business Account for Zim's Trucking Services, Inc.** | | X | | 351.35 |
| Account No. **473335**<br>**Creditor #: 106**<br>**Wentworth Tire**<br>**300 N. York Road**<br>**Bensenville, IL 60106** | - | | **Business Account for Zim's Trucking Services, Inc.** | | X | | 347.98 |
| Account No. **407110000047**<br>**Creditor #: 107**<br>**Wff Cards**<br>**Po Box 5943**<br>**Sioux Falls, SD 57117** | | W | **Opened  6/28/01**<br>**Credit account.** | | X | | 10,000.00 |
| Account No. **585637068848**<br>**Creditor #: 108**<br>**Wfnnb/Roompl**<br>**Po Box 182273 - Wf**<br>**Columbus, OH 43218** | | H | **Opened  9/14/02**<br>**Credit account.** | | X | | 1,850.00 |
| Account No. **Zim's Trucking Servicing, Inc.**<br>**Creditor #: 109**<br>**XTRA Lease**<br>**320 W. Touhy Ave.**<br>**Des Plaines, IL 60018** | - | | **Business Account for Zim's Trucking Services, Inc.; Repossessed trailers.** | | X | | 16,860.00 |

Sheet no. **25** of **25** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | 29,409.33 |
| Total (Report on Summary of Schedules) | 1,362,368.86 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6G (Official Form 6G) (12/07)

.

In re    **Kurt Steven Zimny,**                                    Case No. _____
         **Karla Ann Scholl**

_____,
                                    Debtors
## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **CBRE**<br>**20 N. Martingale Rd., Ste. 100**<br>**Schaumburg, IL 60173** | **Commercial lease for Zim's Trucking, Inc. for 1300 Michael, Woodale, Illinois.  Lease does not contain personal guarantee, but included herein for purposes of notice and discharge should any personal guarantee claim arise.** |
| **Katerine Gibbons**<br>**Morgan Stanley**<br>**4400 S. LaSalle St., Ste. 3700**<br>**Chicago, IL 60605** | **Duplicate; double notice to CBRE regarding commercial lease** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases
Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re   **Kurt Steven Zimny,**
    **Karla Ann Scholl**

                Debtors

Case No. _____

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6I (Official Form 6I) (12/07)

|  | |
|---|---|
| In re | **Kurt Steven Zimny** <br> **Karla Ann Scholl** |

Case No. _____

Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child.  The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S): <br> **None.** | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Manager - Trucking** | **Medical Technologist/Consultant** |
| Name of Employer | **Flash Express, Inc.** | **Premier Pol Consultants, Ltd.** |
| How long employed | **March 2009 to present** | **May 2005 to present** |
| Address of Employer | **2182 Gladstone Drive** <br> **Glendale Heights, IL 60139** | **43 Chestnut Court** <br> **Elgin, IL 60120** |

INCOME:  (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions  (Prorate if not paid monthly) | $ | **0.00** | $ | **0.00** |
| 2. Estimate monthly overtime | $ | **0.00** | $ | **0.00** |
| 3. SUBTOTAL | $ | **0.00** | $ | **0.00** |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
|     a.  Payroll taxes and social security | $ | **0.00** | $ | **0.00** |
|     b.  Insurance | $ | **0.00** | $ | **0.00** |
|     c.  Union dues | $ | **0.00** | $ | **0.00** |
|     d.  Other (Specify): | $ | **0.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | **0.00** | $ | **0.00** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | **0.00** | $ | **0.00** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | **5,338.00** | $ | **986.00** |
| 8. Income from real property | $ | **0.00** | $ | **0.00** |
| 9. Interest and dividends | $ | **0.00** | $ | **0.00** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | **0.00** | $ | **0.00** |
| 11. Social security or government assistance | | | | |
| (Specify): | $ | **0.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| 12. Pension or retirement income | $ | **0.00** | $ | **0.00** |
| 13. Other monthly income | | | | |
| (Specify): | $ | **0.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | **5,338.00** | $ | **986.00** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | **5,338.00** | $ | **986.00** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ | | **6,324.00** | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

**The split between debtor and co-debtor's income is estimated on their respective percentages from the combined income listed in their Business Income & Expense Report.**

B6J (Official Form 6J) (12/07)

In re  **Kurt Steven Zimny**
**Karla Ann Scholl**                                    Case No. _____
_____
Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 4,985.00 |
| a. Are real estate taxes included?   Yes ___   No **X** | | |
| b. Is property insurance included?   Yes ___   No **X** | | |
| 2. Utilities:   a. Electricity and heating fuel | $ | 0.00 |
| b. Water and sewer | $ | 0.00 |
| c. Telephone | $ | 0.00 |
| d. Other | $ | 0.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 75.00 |
| 4. Food | $ | 350.00 |
| 5. Clothing | $ | 75.00 |
| 6. Laundry and dry cleaning | $ | 40.00 |
| 7. Medical and dental expenses | $ | 300.00 |
| 8. Transportation (not including car payments) | $ | 0.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 0.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 0.00 |
| b. Life | $ | 102.00 |
| c. Health | $ | 0.00 |
| d. Auto | $ | 250.00 |
| e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 700.00 |
| b. Other | $ | 0.00 |
| c. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other | $ | 0.00 |
| Other | $ | 0.00 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 6,877.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

**20. STATEMENT OF MONTHLY NET INCOME**

| | | |
|---|---|---:|
| a.   Average monthly income from Line 15 of Schedule I | $ | 6,324.00 |
| b.   Average monthly expenses from Line 18 above | $ | 6,877.00 |
| c.   Monthly net income (a. minus b.) | $ | -553.00 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Kurt Steven Zimny**
**Karla Ann Scholl**

_____    Case No. _____
Debtor(s)    Chapter    **7**    _____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of
**45** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **April 20, 2009** _____    Signature  **/s/ Kurt Steven Zimny** _____
**Kurt Steven Zimny**
Debtor

Date  **April 20, 2009** _____    Signature  **/s/ Karla Ann Scholl** _____
**Karla Ann Scholl**
Joint Debtor

_Penalty for making a false statement or concealing property:_  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Kurt Steven Zimny**
**Karla Ann Scholl**

                                      Debtor(s)

Case No.

Chapter    **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
| --- | --- |
| $38,787.00 | 2007: Total Income from Trucking & Medical Tech. Consulting |
| $80,783.00 | 2008: Total Income from Trucking & Medical Tech. Consulting |

**2. Income other than from employment or operation of business**

None ☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $148,890.00 | 2007: Gross Income from Premier Pol Consultants (Wife) |
| $3,215,111.00 | 2007: Gross Income from Zim's Trucking, Inc. (Husband) |
| $8,418.00 | 2007: Gross Income from Zim's Logistics, Inc. |
| $137,125.00 | 2008: Gross Income from Premier Pol Consultants, LTD. |
| $3,564,610.00 | 2008: Gross Income from Zim's Trucking, Inc. |
| $158,056.00 | 2008: Gross Income from Zim's Logistics, Inc. |

**3. Payments to creditors**

None ■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ☐

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| Countywide Home Loans<br>PO Box 650070<br>Dallas, TX 75265-0070 | 1st of Every Month | $3,473.00 | $314,815.00 |
| CBRE<br>20 N. Martingale Rd., Ste. 100<br>Schaumburg, IL 60173 | $10,300 - February 2009 (Corporate debt)<br>$14,300 - January 2009 (Corporate debt) | $0.00 | $0.00 |
| DCFS USA, LLC<br>PO Box 3198<br>Milwaukee, WI 53201-3198 | Jan. 2009: Aprox. $4,410 (Corporate debt)<br>Feb. 2009: Aprox. $1,462 (Corporate debt) | $0.00 | $0.00 |
| Amcore Bank, N.A.<br>1210 S. Alpine Road<br>Rockford, IL 61108 | Amcore Bank worked as a factoring company for Zim's Trucking, Inc.  As of aprox. January 2009, Amcore has withdrawn or otherwise kept $487,413 of Zim's Trucking, Inc.'s gross deposits. | $487,413.00 | $0.00 |

None ■   c.  *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ■   a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

None ■   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None ☐   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **XTRA Lease**<br>**320 W. Touhy Ave.**<br>**Des Plaines, IL 60018** | **March 2009** | **Six 53 foot trailers; leased with option to purchase; vol. repos in March 2009; aprox. value at time of repossession aprox $1,700 per trailer ($10,200 total); had outstanding balance on loan of aprox. $15,000.** |
| **Daimler Chrysler**<br>**CIMS 718-00-00**<br>**1011 Warrenville Rd., Ste. 600**<br>**Lisle, IL 60532-0354** | **March 2009** | **One 2004 Western Start trucks & one 2002 Freightliner truckers; vol. repos in March 2009. Value of Western Start aprox. $30,000 and value of Freightliner aprox. $10,000.  Both had loan encumbering same with Daimler Chrysler.** |
| **Ford Credit**<br>**PO Box 790093**<br>**Saint Louis, MO 63179** | **April 2009** | **Business Debt: Ford Van E350 with aprox 160,000 miles in name of Zims Trucking, Inc.** |

### 6. Assignments and receiverships

None ■   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

4

None ■  b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None ■  List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None ■  List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None □  List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Kaplan Law Offices, P.C. 4043 Dempster Skokie, IL 60076** | **March 10, 2009** | **$500.00** |
| **Kaplan Law Offices, P.C. 4043 Dempster Skokie, IL 60076** | **March 19, 2009** | **$800.00** |
| **Kaplan Law Offices, P.C. 4043 Dempster Skokie, IL 60076** | **March 29, 2009** | **$1,000.00** |

**10. Other transfers**

None ■  a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■    b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

### 11.  Closed financial accounts

None
■    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

### 12.  Safe deposit boxes

None
■    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

### 13.  Setoffs

None
■    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

### 14.  Property held for another person

None
■    List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

### 15.  Prior address of debtor

None
■    If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

### 16.  Spouses and Former Spouses

None
■    If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

6

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Zim's Trucking Service, Inc.** | 20-2950824 | **1300 Michael Drive Wood Dale, IL 60191** | **Trucking** | **April 26, 2005 to March 2009** |
| **Zim's Logistics, Inc.** | 20-8589926 | **1300 Michael Drive Wood Dale, IL 60191** | **Brokerage of Trucking Routs** | **March 2007 to April 2009** |
| **Premier Pol Consultants, Ltd.** | 20-2954348 | **43 Chestnut Court Elgin, IL 60120** | **Labratory Consultant** | **May 2005 to present** |

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Flash Express, Inc.** | **80-0361013** | **2182 Gladstone Drive Glendale Heights, IL 60139** | **Trucking** | **March 3, 2009 to present** |

None
■      b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                        ADDRESS


        The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

        *(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

        **19. Books, records and financial statements**

None
□      a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Taxes WithHeld** | **2007 and 2008 income tax returns,** |
| **1401 E. Oakton St., Unit 4** | **personal and corporate.** |
| **Des Plaines, IL 60018** | |

None
■      b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None
■      c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|

None
■      d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

        **20. Inventories**

None
■      a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None
■      b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

8

**21 . Current Partners, Officers, Directors and Shareholders**

None
■

a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None
■

b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

**22 . Former partners, officers, directors and shareholders**

None
■

a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
■

b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

9

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **April 20, 2009**               Signature  **/s/ Kurt Steven Zimny**
                                                   **Kurt Steven Zimny**
                                                   Debtor

Date  **April 20, 2009**               Signature  **/s/ Karla Ann Scholl**
                                                   **Karla Ann Scholl**
                                                   Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re | **Kurt Steven Zimny**
**Karla Ann Scholl**
_____
Debtor(s)

Case No. _____
Chapter    **7**    _____

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>5th 3rd Bk | **Describe Property Securing Debt:**<br>**Residence/Single Family Home**<br>**43 Chestnut Court**<br>**Elgin, Illinois 60120** |

Property will be (check one):
☐ Surrendered          ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
■ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
■ Claimed as Exempt          ☐ Not claimed as exempt

| Property No. 2 | |
|---|---|
| **Creditor's Name:**<br>Countrywide | **Describe Property Securing Debt:**<br>**Residence/Single Family Home**<br>**43 Chestnut Court**<br>**Elgin, Illinois 60120** |

Property will be (check one):
☐ Surrendered          ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
■ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
■ Claimed as Exempt          ☐ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                                      Page 2

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**DCFS USA, LLC** | **Describe Property Securing Debt:**<br>**Business Debt: Two 2002 Freightliner in name of Zims Trucking, Inc. aprox. 750,000 miles**<br>**(Each worth aprox. $10,000)** |

Property will be (check one):
- ■ Surrendered                    □ Retained

If retaining the property, I intend to (check at least one):
- □ Redeem the property
- □ Reaffirm the debt
- □ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- □ Claimed as Exempt                    ■ Not claimed as exempt

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>**DCFS USA, LLC** | **Describe Property Securing Debt:**<br>**Business Debt: 2003 Freightliner with aprox. 700,000 miles in name of Zims Trucking, Inc.** |

Property will be (check one):
- ■ Surrendered                    □ Retained

If retaining the property, I intend to (check at least one):
- □ Redeem the property
- □ Reaffirm the debt
- □ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- □ Claimed as Exempt                    ■ Not claimed as exempt

| Property No. 5 | |
|---|---|
| **Creditor's Name:**<br>**DCFS USA, LLC** | **Describe Property Securing Debt:**<br>**Business debt: 2004 Western Star Truck with aprox. 650,000 miles in name of Zims Trucking, Inc.** |

Property will be (check one):
- ■ Surrendered                    □ Retained

If retaining the property, I intend to (check at least one):
- □ Redeem the property
- □ Reaffirm the debt
- □ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ■ Claimed as Exempt                    □ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                    Page 3

| Property No. 6 | |
|---|---|
| **Creditor's Name:**<br>**Meadows Credit Union** | **Describe Property Securing Debt:**<br>**2006 Mercedes SLK 350** |

Property will be (check one):
- ☐ Surrendered                    ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ■ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ☐ Claimed as Exempt                    ■ Not claimed as exempt

| Property No. 7 | |
|---|---|
| **Creditor's Name:**<br>**Nissan-Infiniti Lt** | **Describe Property Securing Debt:**<br>**Business debt: 2007 Infinity (Leased)** |

Property will be (check one):
- ☐ Surrendered                    ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ■ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ☐ Claimed as Exempt                    ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                  Page 4

| Property No. 8 | |
|---|---|
| **Creditor's Name:**<br>**Nissn Inf Lt** | **Describe Property Securing Debt:**<br>**Business debt: 2008 Nissan Maxima (Leased)** |

Property will be (check one):
  ☐ Surrendered          ■ Retained

If retaining the property, I intend to (check at least one):
  ☐ Redeem the property
  ■ Reaffirm the debt
  ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  ☐ Claimed as Exempt                          ■ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES          ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  **April 20, 2009**                    Signature  **/s/ Kurt Steven Zimny**
                                                       **Kurt Steven Zimny**
                                                       Debtor

Date  **April 20, 2009**                    Signature  **/s/ Karla Ann Scholl**
                                                       **Karla Ann Scholl**
                                                       Joint Debtor

### United States Bankruptcy Court
#### Northern District of Illinois

In re   **Kurt Steven Zimny**
     **Karla Ann Scholl**
                         Debtor(s)

Case No.

Chapter   **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept | $ **2,001.00** |
| Prior to the filing of this statement I have received | $ **2,001.00** |
| Balance Due | $ **0.00** |

2.    $ **299.00** of the filing fee has been paid.

3.    The source of the compensation paid to me was:

      ■ Debtor    ☐ Other (specify):

4.    The source of compensation to be paid to me is:

      ■ Debtor    ☐ Other (specify):

5.    ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

      ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

      a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
      b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
      c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
      d.  [Other provisions as needed]
          **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:
      **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

**CERTIFICATION**

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **April 20, 2009**

**/s/ Alexey Y. Kaplan (Kaplan Law Offices, P.C.)**
**Alexey Y. Kaplan (Kaplan Law Offices, P.C.) 6272494**
**Kaplan Law Offices, P.C.**
**4043 Dempster**
**Skokie, IL 60076**
**847-676-8600  Fax: 847-676-8601**
**ayk@ameritech.net**

---

B 201 (12/08)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

# NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
# OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

2. Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

1. Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments

B 201 (12/08)                                                                                           Page 2

over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

    2.  Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

    3.  After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

### 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

### Certificate of Attorney

I hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

| | | |
|---|---|---|
| **Alexey Y. Kaplan (Kaplan Law Offices, P.C.)** <br> **6272494** | X **/s/ Alexey Y. Kaplan (Kaplan Law Offices, P.C.)** | **April 20, 2009** |
| Printed Name of Attorney <br> Address: <br> **4043 Dempster** <br> **Skokie, IL 60076** <br> **847-676-8600** <br> **ayk@ameritech.net** | Signature of Attorney | Date |

### Certificate of Debtor

I (We), the debtor(s), affirm that I (we) have received and read this notice.

| | | |
|---|---|---|
| **Kurt Steven Zimny** <br> **Karla Ann Scholl** | X **/s/ Kurt Steven Zimny** | **April 20, 2009** |
| Printed Name(s) of Debtor(s) | Signature of Debtor | Date |
| Case No. (if known) | X **/s/ Karla Ann Scholl** | **April 20, 2009** |
| | Signature of Joint Debtor (if any) | Date |

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Kurt Steven Zimny**
**Karla Ann Scholl**
_____    Case No. _____
               Debtor(s)    Chapter    **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ **157**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  **April 20, 2009**
_____    **/s/ Kurt Steven Zimny**
_____
          **Kurt Steven Zimny**
          Signature of Debtor

Date:  **April 20, 2009**
_____    **/s/ Karla Ann Scholl**
_____
          **Karla Ann Scholl**
          Signature of Debtor

```
5th 3rd Bk
38 Fountain Sq Pl
Cincinnati, OH 45202


ADT Security Services
PO Box 371967
Pittsburgh, PA 15250-7967


Advanta Bank
PO Box 8088
Philadelphia, PA 19101-8088


AGW Transport
1300 Michael Drive, Suite B
Wood Dale, IL 60191


AGW Transport, Inc.
224 Burton Drive
Bartlett, IL 60103


AGW Transport, Inc.
c/o Bibby Transportation Finance
PO Box 100920
Atlanta, GA 30384-0920


Amcore Bank, N.A.
501 Seventh Street
P.O. Box 1537
Rockford, IL 61110


Amcore Bank, N.A.
1210 S. Alpine Road
Rockford, IL 61108


Amcore Bank, N.A.
1210 S. Alpine Road
Rockford, IL 61108


Amcore Bank, N.A.
1210 S. Alpine Road
Rockford, IL 61108


Amcore Bank, N.A.
1210 S. Alpine Road
Rockford, IL 61108
```

Amcore Bank, N.A.
501 Seventh Street
P.O. Box 1537
Rockford, IL 61110


Amcore Bank, N.A.
501 Seventh Street
P.O. Box 1537
Rockford, IL 61110


Amcore Bank, N.A.
501 Seventh Street
P.O. Box 1537
Rockford, IL 61110


Amex
P.O. Box 981537
El Paso, TX 79998


ARC Disposal & Recycling
Po Box 9001822
Louisville, KY 40290


ARC Disposal & Recycling
Po Box 9001822
Louisville, KY 40290


Assist Financial Services
PO Box 347
Madison, SD 57042


Assist Financial Services
PO Box 347
Madison, SD 57042


AT& T
P.O. Box 8100
Aurora, IL 60507-8100


Barr Management
Trans Romex Chek
6408 N. Western Avenue
Chicago, IL 60645

Bk Of Amer
4060 Ogletown/Stan
Newark, DE 19713


Cargowise Deli
1699 Wall Street
Mount Prospect, IL 60056


CB Richard Ellis
Asset Services: Lisa Krumwiede
20 N. Martingale Road, Suite 100
Schaumburg, IL 60173


CBRE
20 N. Martingale Rd., Ste. 100
Schaumburg, IL 60173


Chase
Bank One Card Serv
Westerville, OH 43081


Chase
800 Brooksedge Blv
Westerville, OH 43081


Comdata
PO Box 100647
Atlanta, GA 30384


Comdata
PO Box 100647
Atlanta, GA 30384


ComED
Bill Payment Center
Chicago, IL 60668-0001


Contractor's Respource Solutions
3855 Shallowford Road
Marietta, GA 30062


Countrywide
450 American St
Simi Valley, CA 93065

```
Courtesy Transport, Inc.
50795 Heather Lane
Elkhart, IN 46514


D & E Transport
PO Box 12588
Green Bay, WI 54307-2588


DCFS USA, LLC
PO Box 3198
Milwaukee, WI 53201-3198


DCFS USA, LLC
PO Box 3198
Milwaukee, WI 53201-3198


DCFS USA, LLC
PO Box 3198
Milwaukee, WI 53201-3198


DCFS USA, LLC
PO Box 3198
Milwaukee, WI 53201-3198


Discover Fin
Pob 15316
Wilmington, DE 19850


Discover Pl
Po Box 30954
Salt Lake City, UT 84130


DR Express, LLC
PO Box 28827
Milwaukee, WI 53228-0827


Elmhurst Memorial
75 Remittance Drive, Suite 91927
Chicago, IL 60675-1927


Elmhurst Memorial
75 Remittance Drive, Suite 91927
Chicago, IL 60675-1927
```

Elmhurst Memorial
75 Remittance Drive, Suite 91927
Chicago, IL 60675-1927


Elmhurst Memorial
75 Remittance Drive, Suite 91927
Chicago, IL 60675-1927


Elmhurst Memorial
75 Remittance Drive, Suite 91927
Chicago, IL 60675-1927


Ford Credit
PO box 790093
Saint Louis, MO 63179-0093


ford Credit
PO box 790093
Saint Louis, MO 63179-0093


Frank Szczech
3846 N. 25th Ave.
Schiller Park, IL 60176


GMG Express, Inc.
16 W 455 S. Frontage Road
Suite 104
Willowbrook, IL 60527


GPSNET Technologies, Inc.
3290 Jefferson Boulevard, Suite 202
Windsor N8T 2W8 Ontario


Grzegorz Nycek
6011 W. Eddy
Chicago, IL 60634


Harleysville Insurance
Proceesing Center
PO BOX 37712
Philadelphia, PA 19101


Hinckley Springs
PO BOX 660579
Dallas, TX 75266

```
Hsbc/Bstby
Pob 15521
Wilmington, DE 19805


Hsbc/Menards
Pob 15521
Wilmington, DE 19805


International Fidelity Insurance Co
1948 Gateway Center Drive, Ste. 143
Belvidere, IL 61008


Jacek Golinski
2837 N. 74 th Court
Elmwood Park, IL 60707


John Gardocki
415 Hopkins Ave.
Elgin, IL 60124


Katerine Gibbons
Morgan Stanley
4400 S. LaSalle St., Ste. 3700
Chicago, IL 60605


Liviv Chelariu
363 N. Grace Street
Lombard, IL 60148


Lorrie Glaser
350 South Hickory Avenue
Bartlett, IL 60103


M&S Trailer Repair
641 Elsie Drive
Melrose Park, IL 60160


M&S Trailer Repair
641 Elsie Drive
Melrose Park, IL 60160


M&S Trailer Repair
641 Elsie Drive
Melrose Park, IL 60160
```

Malgorzata Jurczyk
8043 W. Irving Park Road
Chicago, IL 60634


Marla R. Wheatley
20518 S. Green Meadow Lane
Frankfort, IL 60423


Marx Transport
c/o Bibby Transportation Finance
PO Box 100920
Atlanta, GA 30384-0920


Marx Transport
c/o Bibby Transportation Finance
PO Box 100920
Atlanta, GA 30384-0920


Marx Transport
c/o Bibby Transportation Finance
PO Box 100920
Atlanta, GA 30384-0920


Marx Transport
c/o Bibby Transportation Finance
PO Box 100920
Atlanta, GA 30384-0920


Marx Transport
c/o Bibby Transportation Finance
PO Box 100920
Atlanta, GA 30384-0920


Marx Transport
c/o Bibby Transportation Finance
PO Box 100920
Atlanta, GA 30384-0920


Marx Transport
c/o Bibby Transportation Finance
PO Box 100920
Atlanta, GA 30384-0920

Marx Transport
c/o Bibby Transportation Finance
PO Box 100920
Atlanta, GA 30384-0920


Marx Transport
c/o Bibby Transportation Finance
PO Box 100920
Atlanta, GA 30384-0920


Marx Transport
c/o Bibby Transportation Finance
PO Box 100920
Atlanta, GA 30384-0920


Marx Transport
c/o Bibby Transportation Finance
PO Box 100920
Atlanta, GA 30384-0920


Marx Transport
c/o Bibby Transportation Finance
PO Box 100920
Atlanta, GA 30384-0920


Marx Transport, Inc.
116 Fox Street
Cary, IL 60013


Marx Transport, Inc.
116 Fox Street
Cary, IL 60013


Marx Transport, Inc.
116 Fox Street
Cary, IL 60013


Marx Transport, Inc.
116 Fox Street
Cary, IL 60013


Marx Transport, Inc.
116 Fox Street
Cary, IL 60013

```
Marx Transport, Inc.
116 Fox Street
Cary, IL 60013


Marx Transport, Inc.
116 Fox Street
Cary, IL 60013


Marx Transport, Inc.
116 Fox Street
Cary, IL 60013


Marx Transport, Inc.
116 Fox Street
Cary, IL 60013


Marx Transport, Inc.
116 Fox Street
Cary, IL 60013


Marx Transport, Inc.
116 Fox Street
Cary, IL 60013


Marx Transport, Inc.
116 Fox Street
Cary, IL 60013


Max's Trans
116 Fox Street
Cary, IL 60013


Meadows Credit Union
3350 Salt Creek Lane
Ste. 100
Arlington Heights, IL 60005


Meridian Mechanical
PO BOX 1485
Elk Grove Village, IL 60009


Michael J. Omott
419 E. Seegers Road, Apt. 214
Arlington Heights, IL 60005
```

MIS Choice
1699 Wall street, Suite 602
Mount Prospect, IL 60056


MIS Choice
1699 Wall street, Suite 602
Mount Prospect, IL 60056


MIS Choice
1699 Wall street, Suite 602
Mount Prospect, IL 60056


MIS Choice
1699 Wall street, Suite 602
Mount Prospect, IL 60056


Mojo's Dog House-Wheatley
20518 S. Green Meadow lane
Frankfort, IL 60423


MP Trailer Repair, LTD.
PO BOX 931
Wood Dale, IL 60191


MP Trailer Repair, LTD.
PO BOX 931
Wood Dale, IL 60191


Nicor
PO BOX 416
Aurora, IL 60568


Nicpon Corporation
PO Box 1389
Houston, TX 77251-1389


Nissan-Infiniti Lt
2901 Kinwest Pkwy
Irving, TX 75063


Nissn Inf Lt
Pob 660366
Dallas, TX 75266

```
Nissn Inf Lt
Pob 660366
Dallas, TX 75266


Nordstromfsb
Po Box 13589
Scottsdale, AZ 85267


Office Depot
PO BOX 689020
Des Moines, IA 50368


On Hold Technologies
2247 West Palm Beach
Suite 110
West Palm Beach, FL 33409


Orange Commercial Credit
PO Box 25229
Anaheim, CA 92825-5229


Paetec
PO BOX 3243
Milwaukee, WI 53201


Paetec
PO BOX 3243
Milwaukee, WI 53201


Personnel Concepts
PO BOX 9003
San Dimas, CA 91773


Piotr Sarkowicz
5722 W. Grace st.
Chicago, IL 60634


Piotr Scislowicz
6925 W. 88 th Place
Bridgeview, IL 60455


Pony Express
279 Meribel Court
Schaumburg, IL 60194
```

Prosport Express, Inc
2260 Landmeier Road, Suite E
Elk Grove Village, IL 60007


Rapid Transportation Services, Inc.
PO Box 25229
Anaheim, CA 92825-5229


Riviera Finance
22331 Network Place
Chicago, IL 60673-1223


Robert Hiyane
828 W. Panorama Drive
Palatine, IL 60067


Robert Ingolia
132 Wolcott Court
Schaumburg, IL 60193


Ronald Howard
228 Westmore-Meyers
Lombard, IL 60148


Roscoe
PO BOX 4804
Chicago, IL 60680


Roscoe
PO BOX 4804
Chicago, IL 60680


Roscoe
PO BOX 4804
Chicago, IL 60680


Roscoe
PO BOX 4804
Chicago, IL 60680


Roscoe
PO BOX 4804
Chicago, IL 60680

```
Roscoe
PO BOX 4804
Chicago, IL 60680


Runge Paper Company
2201 Arthur Ave.
Elk Grove Village, IL 60007


Stanford Mcdermott
3903 Warren Ave.
Bellwood, IL 60104


Stefania Kindzierski
3746 N. Oriole Avenue
Chicago, IL 60634


Stefania Kindzierski
3746 N. Oriole Avenue
Chicago, IL 60634


Stefania Kindzierski
3746 N. Oriole Avenue
Chicago, IL 60634


Stefania Kindzierski
3746 N. Oriole Avenue
Chicago, IL 60634


Taxes Withheld
1401 E. Oakton Ave.
Des Plaines, IL 60018


Taxes Withheld
1401 E. Oakton Ave.
Des Plaines, IL 60018


Taxes Withheld
1401 E. Oakton Ave.
Des Plaines, IL 60018


Timex Logistics Co
6554 S. Homan Avenue
Chicago, IL 60629
```

TNT USA, Inc.
PO BOX 710746
Columbus, OH 43271


TNT USA, Inc.
PO BOX 710746
Columbus, OH 43271


Transcore Commercial
PO BOX 8500
Philadelphia, PA 19178


Transcore Commercial
PO BOX 8500
Philadelphia, PA 19178


U.S. Bank
1953 N Clybourn
Chicago, IL 60614


United Business Corporation
405 Beechwood Drive
Westmont, IL 60559


UPS
Lockbox 577
Carol Stream, IL 60132


UPS
Lockbox 577
Carol Stream, IL 60132


Us Bank
Cb Disputes
Saint Louis, MO 63166


Wentworth Tire
300 N. York Road
Bensenville, IL 60106


Wentworth Tire
300 N. York Road
Bensenville, IL 60106

Wentworth Tire
300 N. York Road
Bensenville, IL 60106


Wentworth Tire
300 N. York Road
Bensenville, IL 60106


Wff Cards
Po Box 5943
Sioux Falls, SD 57117


Wfnnb/Roompl
Po Box 182273 - Wf
Columbus, OH 43218


XTRA Lease
320 W. Touhy Ave.
Des Plaines, IL 60018


Zbigniew Korol
5012 W. Roscoe St.
Chicago, IL 60641


Zygmunt Sarkowicz
5722 W. Grace St.
Chicago, IL 60634

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Kurt Steven Zimny**
**Karla Ann Scholl**        Case No. _____

                       Debtor(s)        Chapter    **7**

## AFFIDAVIT EVIDENCING COMPLIANCE WITH GENERAL RULE 39

Affiant is the attorney of record for

       **Kurt Steven Zimny**
       **Karla Ann Scholl**

and has knowledge of the matters covered by this affidavit and has read General Rule 39.

Affiant has not directly or indirectly solicited employment by the above-named party or parties, and knows of no solicitation of said party or parties by any person that has resulted in the employment of the affiant, except (here state all exceptions, or if none state "no exception").
       **No Exception.**

Affiant has not paid, or promised to pay, and knows of no payment or promise of payment to the above-named party, or parties, of the costs of this case, or of the medical, living or other expenses of any party, or of any part of an attorney's fee, or of any portion of the recovery by suit or settlement herein to any person whatever other than the above-named party or parties and the attorneys of record herein, except (here state all exceptions, or if none state "no exception").
       **No Exception.**

Affiant has filed contemporaneously herewith a signed copy of any written contingent fee agreement applicable to his compensation for representing the above-named party or parties in this action and represents that signed copy thereof has been furnished to each party whom he represents; if no copy of a contingent fee agreement is filed herewith, affiant represents that his compensation for services in this case is not on a contingent basis.

I, **Alexey Y. Kaplan (Kaplan Law Offices, P.C.) 6272494**, certify under penalty of perjury that the above is true and correct.

Executed on   **April 20, 2009**                 **/s/ Alexey Y. Kaplan (Kaplan Law Offices, P.C.)**
                                                   Signature
                                                   **Alexey Y. Kaplan (Kaplan Law Offices, P.C.)**
                                                   **6272494**

B23 (Official Form 23) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Kurt Steven Zimny**
    **Karla Ann Scholl** _____    Case No. _____

                              Debtor(s)          Chapter   **7**

## DEBTOR'S CERTIFICATION OF COMPLETION OF POSTPETITION INSTRUCTIONAL COURSE CONCERNING PERSONAL FINANCIAL MANAGEMENT

*Every individual debtor in a chapter 7, chapter 11 in which § 1141(d)(3) applies, or chapter 13 case must file this certification. If a joint petition is filed, each spouse must complete and file a separate certification. Complete one of the following statements and file by the deadline stated below:*

☐ I, _____, the debtor in the above-styled case, hereby certify that on _____, I completed an instructional course in personal financial management provided by _____, an approved personal financial management provider.

Certificate No. (if any):_____.

☐ I, _____, the debtor in the above-styled case, hereby certify that no personal financial management course is required because of *[Check the appropriate box.]*:

    ☐ Incapacity or disability, as defined in 11 U.S.C. § 109(h);

    ☐ Active military duty in a military combat zone; or

    ☐ Residence in a district in which the United States trustee (or bankruptcy administrator) has determined that the approved instructional courses are not adequate at this time to serve the additional individuals who would otherwise be required to complete such courses.

Signature of Debtor:  **/s/ Kurt Steven Zimny** _____
                        **Kurt Steven Zimny**

Date:  **April 20, 2009** _____

---

*Instructions:* Use this form only to certify whether you completed a course in personal financial management. (Fed. R. Bankr. P. 1007(b)(7).) Do NOT use this form to file the certificate given to you by your prepetition credit counseling provider and do NOT include with the petition when filing your case.

*Filing Deadlines:* In a chapter 7 case, file within 45 days of the first date set for the meeting of creditors under § 341 of the Bankruptcy Code. In a chapter 11 or 13 case, file no later than the last payment made by the debtor as required by the plan or the filing of a motion for a discharge under § 1141(d)(5)(B) or § 1328(b) of the Code. (See Fed. R. Bankr. P. 1007(c).)

B23 (Official Form 23) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Kurt Steven Zimny**
**Karla Ann Scholl**                        Case No. _____

Debtor(s)          Chapter    **7**

## DEBTOR'S CERTIFICATION OF COMPLETION OF POSTPETITION INSTRUCTIONAL COURSE CONCERNING PERSONAL FINANCIAL MANAGEMENT

*Every individual debtor in a chapter 7, chapter 11 in which § 1141(d)(3) applies, or chapter 13 case must file this certification. If a joint petition is filed, each spouse must complete and file a separate certification. Complete one of the following statements and file by the deadline stated below:*

☐ I, ____, the debtor in the above-styled case, hereby certify that on _____, I completed an instructional course in personal financial management provided by _____, an approved personal financial management provider.

Certificate No. (if any): _____.

☐ I, ____, the debtor in the above-styled case, hereby certify that no personal financial management course is required because of *[Check the appropriate box.]:*

     ☐ Incapacity or disability, as defined in 11 U.S.C. § 109(h);

     ☐ Active military duty in a military combat zone; or

     ☐ Residence in a district in which the United States trustee (or bankruptcy administrator) has determined that the approved instructional courses are not adequate at this time to serve the additional individuals who would otherwise be required to complete such courses.

Signature of Debtor:    **/s/ Karla Ann Scholl**
                       **Karla Ann Scholl**

Date:    **April 20, 2009**

---

*Instructions:* Use this form only to certify whether you completed a course in personal financial management. (Fed. R. Bankr. P. 1007(b)(7).) Do NOT use this form to file the certificate given to you by your prepetition credit counseling provider and do NOT include with the petition when filing your case.

*Filing Deadlines:* In a chapter 7 case, file within 45 days of the first date set for the meeting of creditors under § 341 of the Bankruptcy Code. In a chapter 11 or 13 case, file no later than the last payment made by the debtor as required by the plan or the filing of a motion for a discharge under § 1141(d)(5)(B) or § 1328(b) of the Code. (See Fed. R. Bankr. P. 1007(c).)

**Disclosure Pursuant to 11 U.S.C. §527(a)(2)**

You are notified:

1.  All information that you are required to provide with a petition and thereafter during a case under the Bankruptcy Code is required to be complete, accurate, and truthful.

2.  All assets and all liabilities are required to be completely and accurately disclosed in the documents filed to commence the case. Some places in the Bankruptcy Code require that you list the replacement value of each asset. This must be the replacement value of the property at the date of filing the petition, without deducting for costs of sale or marketing, established after a reasonable inquiry. For property acquired for personal, family, or household use, replacement value means the price a retail merchant would charge for property of that kind, considering the age and condition of the property.

3.  The following information, which appears on Official Form 22, Statement of Current Monthly Income, is required to be stated after reasonable inquiry: current monthly income, the amounts specified in section 707(b)(2), and, in a case under chapter 13 of the Bankruptcy Code, disposable income (determined in accordance with section 707(b)(2)).

4.  Information that you provide during your case may be audited pursuant to provisions of the Bankruptcy Code. Failure to provide such information may result in dismissal of the case under this title or other sanction, including criminal sanctions.

## IMPORTANT INFORMATION ABOUT BANKRUPTCY ASSISTANCE SERVICES FROM AN ATTORNEY OR BANKRUPTCY PETITION PREPARER.

If you decide to seek bankruptcy relief, you can represent yourself, you can hire an attorney to represent you, or you can get help in some localities from a bankruptcy petition preparer who is not an attorney.  THE LAW REQUIRES AN ATTORNEY OR BANKRUPTCY PETITION PREPARER TO GIVE YOU A WRITTEN CONTRACT SPECIFYING WHAT THE ATTORNEY OR BANKRUPTCY PETITION PREPARER WILL DO FOR YOU AND HOW MUCH IT WILL COST.  Ask to see the contract before you hire anyone.

The following information helps you understand what must be done in a routine bankruptcy case to help you evaluate how much service you need.  Although bankruptcy can be complex, many cases are routine.

Before filing a bankruptcy case, either you or your attorney should analyze your eligibility for different forms of debt relief available under the Bankruptcy Code and which form of relief is most likely to be beneficial for you.  Be sure you understand the relief you can obtain and its limitations.  To file a bankruptcy case, documents called a Petition, Schedules and Statement of Financial Affairs, as well as in some cases a Statement of Intention need to be prepared correctly and filed with the bankruptcy court.  You will have to pay a filing fee to the bankruptcy court.  Once your case starts, you will have to attend the required first meeting of the creditors where you may be questioned by a court official called a 'trustee' and by creditors.

If you choose to file a chapter 7 case, you may be asked by a creditor to reaffirm a debt.  You may want help deciding whether to do so.  A creditor is not permitted to coerce you into reaffirming your debts.

If you  choose to file a chapter 13 case in which you repay your creditors what you can afford over 3 to 5 years, you may also want help with preparing your chapter 13 plan and with the confirmation hearing on your plan which will be before a bankruptcy judge.

If you select another type of relief under the Bankruptcy Code other than chapter 7 or chapter 13, you will want to find out what should be done from someone familiar with that type of relief.

Your bankruptcy case may also involve litigation.  You are generally permitted to represent yourself in litigation in bankruptcy court, but only attorneys, not bankruptcy petition preparers, can give you legal advice.

# United States Bankruptcy Court
### Northern District of Illinois

In re **Kurt Steven Zimny**
**Karla Ann Scholl**

Debtor(s)

Case No. _____
Chapter **7**

# BUSINESS INCOME AND EXPENSES

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS   (NOTE: ONLY INCLUDE information directly related to the business operation.)

**PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:**

1. Gross Income For 12 Months Prior to Filing:      $ __3,859,791.00__

**PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:**

2. Gross Monthly Income      $ __48,163.00__

**PART C - ESTIMATED FUTURE MONTHLY EXPENSES:**

| | |
|---|---:|
| 3. Net Employee Payroll (Other Than Debtor)   $ | 0.00 |
| 4. Payroll Taxes | 0.00 |
| 5. Unemployment Taxes | 0.00 |
| 6. Worker's Compensation | 0.00 |
| 7. Other Taxes | 0.00 |
| 8. Inventory Purchases (Including raw materials) | 0.00 |
| 9. Purchase of Feed/Fertilizer/Seed/Spray | 0.00 |
| 10. Rent (Other than debtor's principal residence) | 0.00 |
| 11. Utilities | 0.00 |
| 12. Office Expenses and Supplies | 0.00 |
| 13. Repairs and Maintenance | 0.00 |
| 14. Vehicle Expenses | 0.00 |
| 15. Travel and Entertainment | 0.00 |
| 16. Equipment Rental and Leases | 0.00 |
| 17. Legal/Accounting/Other Professional Fees | 0.00 |
| 18. Insurance | 0.00 |
| 19. Employee Benefits (e.g., pension, medical, etc.) | 0.00 |

20. Payments to Be Made Directly By Debtor to Secured Creditors For Pre-Petition Business Debts (Specify):

| DESCRIPTION | TOTAL |
|---|---|
| **Rent (Flash Express, Inc.)** | **395.00** |
| **Telephone (Flash Express, Inc.)** | **557.00** |
| **Utilities (Flash Express, Inc.)** | **500.00** |
| **Advertising (Flash Express, Inc.)** | **15.00** |
| **Printing (Flash Express, Inc.)** | **15.00** |
| **Meals & entertainment (Flash Express, Inc.)** | **100.00** |
| **Taxes (Flash Express, Inc.)** | **250.00** |
| **Tax & Building Maintenance (additonal to rent) (Flash Express, Inc.)** | **210.00** |
| **Subcontractor costs (Flash Express, Inc.)** | **28,250.00** |
| **Office expenses (Flash Express, Inc.)** | **150.00** |
| **Insurance (Flash Express, Inc.)** | **1,550.00** |
| **Factoring Fees (Flash Express, Inc.)** | **1,460.00** |
| **Professional development (Flash Express, Inc.)** | **60.00** |
| **Salary to employees (Flash Express, Inc.)** | **4,333.00** |
| **Cellular telephone & Office telephone (Premier Pol Consultants)** | **250.00** |
| **Gas  (Premier Pol Consultants)** | **150.00** |
| **Parking  (Premier Pol Consultants)** | **65.00** |
| **Health Ins.  (Premier Pol Consultants)** | **820.00** |
| **Tolls  (Premier Pol Consultants)** | **10.00** |
| **Entertainment  (Premier Pol Consultants)** | **100.00** |
| **Medical  (Premier Pol Consultants)** | **54.00** |
| **Office  (Premier Pol Consultants)** | **40.00** |

| | | |
|---|---|---|
| **Postage (Premier Pol Consultants)** | **15.00** | |
| **Repairs for vehicle regarding business  (Premier Pol Consultants)** | | **7.00** |
| **Clothing & cleaning (Premier Pol Consultants)** | **40.00** | |
| **Professional development (PR)  (Premier Pol Consultants)** | **147.00** | |
| **Internet  (Premier Pol Consultants)** | **125.00** | |
| **Utilities (Premier Pol Consultants)** | **315.00** | |
| **Lawncare  (Premier Pol Consultants)** | **70.00** | |
| **Car expenses  (Premier Pol Consultants)** | **1,238.00** | |
| **Taxi  (Premier Pol Consultants)** | **50.00** | |
| **License plates  (Premier Pol Consultants)** | **13.00** | |
| **Computer (Premier Pol Consultants)** | **10.00** | |
| **Memberships  (Premier Pol Consultants)** | **10.00** | |
| **Water system  (Premier Pol Consultants)** | **15.00** | |
| **Life insurnace  (Premier Pol Consultants)** | **400.00** | |
| **Tax & legal  (Premier Pol Consultants)** | **50.00** | |

21. Other (Specify):

DESCRIPTION                                                    TOTAL

22. Total Monthly Expenses (Add items 3-21)                                                    $ _____ **41,839.00**

PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:

23. AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 2)                    $ _____ **6,324.00**

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Kurt Steven Zimny,**
      **Karla Ann Scholl**

Case No. _____

                                         ,      Debtors

Chapter _____**7**_____

# DECLARATION OF COMPLIANCE WITH RULE 9009

The undersigned is the attorney for the debtor in this case.

The undersigned declares under penalty of perjury that the Schedules and Forms filed in this case for the debtor were computer generated using *Best Case Bankruptcy* and conform with those prescribed by Bankruptcy Rule 9009.

Date___**April 20, 2009**_____

**/s/ Alexey Y. Kaplan (Kaplan Law Offices, P.C.) 6272494**
Signature of attorney
**Alexey Y. Kaplan (Kaplan Law Offices, P.C.) 6272494**
**Kaplan Law Offices, P.C.**
**4043 Dempster**
**Skokie, IL 60076**
**847-676-8600**

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Kurt Steven Zimny**
      **Karla Ann Scholl**

Case No. _____

Debtor(s)     Chapter    **7** _____

# PAYMENT ADVICES COVER SHEET
## UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I,   **Kurt Steven Zimny**  , declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

☐     I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐     I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because __

☐     I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.

I,   **Karla Ann Scholl**  , declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

☐     I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐     I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because __

☐     I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.

Date   **April 20, 2009** _____     Signature    **/s/ Kurt Steven Zimny** _____
                                                   **Kurt Steven Zimny**
                                                   Debtor

Date   **April 20, 2009** _____     Signature    **/s/ Karla Ann Scholl** _____
                                                   **Karla Ann Scholl**
                                                   Joint Debtor

## STATEMENT OF INFORMATION REQUIRED BY 11 U.S.C. §341

### INTRODUCTION

Pursuant to the Bankruptcy Reform Act of 1994, the Office of the United States Trustee, United States Department of Justice, has prepared this information sheet to help you understand some of the possible consequences of filing a bankruptcy petition under chapter 7 of the Bankruptcy Code. This information is intended to make you aware of...

(1)     the potential consequences of seeking a discharge in bankruptcy, including the effects on credit history;
(2)     the effect of receiving a discharge of debts
(3)     the effect of reaffirming a debt; and
(4)     your ability to file a petition under a different chapter of the Bankruptcy Code.

There are many other provisions of the Bankruptcy Code that may affect your situation. This information sheet contains only general principles of law and is not a substitute for legal advice. If you have questions or need further information as to how the bankruptcy laws apply to your specific case, you should consult with your lawyer.

### WHAT IS A DISCHARGE?

The filing of a chapter 7 petition is designed to result in a discharge of most of the debts you listed on your bankruptcy schedules. A discharge is a court order that says you do not have to repay your debts, but there are a number of exceptions. Debts which may not be discharged in your chapter 7 case include, for example, most taxes, child support, alimony, and student loans; court-ordered fines and restitution; debts obtained through fraud or deception; and personal injury debts caused by driving while intoxicated or taking drugs. Your discharge may be denied entirely if you, for example, destroy or conceal property; destroy, conceal or falsify records; or make a false oath. Creditors cannot ask you to pay any debts which have been discharged. You can only receive a chapter 7 discharge once every eight (8) years.

### WHAT ARE THE POTENTIAL EFFECTS OF A DISCHARGE?

The fact that you filed bankruptcy can appear on your credit report for as long as 10 years. Thus, filing a bankruptcy petition may affect your ability to obtain credit in the future. Also, you may not be excused from repaying any debts that were not listed on your bankruptcy schedules or that you incurred after you filed for bankruptcy.

### WHAT ARE THE EFFECTS OF REAFFIRMING A DEBT?

After you file your petition, a creditor may ask you to reaffirm a certain debt or you may seek to do so on your own. Reaffirming a debt means that you sign and file with the court a legally enforceable document, which states that you promise to repay all or a portion of the debt that may otherwise have been discharged in your bankruptcy case. Reaffirmation agreements must generally be filed with the court within 60 days after the first meeting of the creditors.

Reaffirmation agreements are strictly voluntary — they are not required by the Bankruptcy Code or other state or federal law. You can voluntarily repay any debt instead of signing a reaffirmation agreement, but there may be valid reasons for wanting to reaffirm a particular debt.

Reaffirmation agreements must not impose an undue burden on you or your dependents and must be in your best interest. If you decide to sign a reaffirmation agreement, you may cancel it at any time before the court issues your discharge order or within sixty (60) days after the reaffirmation agreement was filed with the court, whichever is later. If you reaffirm a debt and fail to make the payments required in the reaffirmation agreement, the creditor can take action against you to recover any property that was given as security for the loan and you may remain personally liable for any remaining debt.

### OTHER BANKRUPTCY OPTIONS

You have a choice in deciding what chapter of the Bankruptcy Code will best suit your needs. Even if you have already filed for relief under chapter 7, you may be eligible to convert your case to a different chapter.

Chapter 7 is the liquidation chapter of the Bankruptcy Code. Under chapter 7, a trustee is appointed to collect and sell, if economically feasible, all property you own that is not exempt from these actions.

Chapter 11 is the reorganization chapter most commonly used by businesses, but it is also available to individuals. Creditors vote on whether to accept or reject a plan, which also must be approved by the court. While the debtor normally remains in control of the assets, the court can order the appointment of a trustee to take possession and control of the business.

Chapter 12 offers bankruptcy relief to those who qualify as family farmers. Family farmers must propose a plan to repay their creditors over a three-to-five year period and it must be approved by the court. Plan payments are made through a chapter 12 trustee, who also monitors the debtor's farming operations during the pendency of the plan.

Finally, chapter 13 generally permits individuals to keep their property by repaying creditors out of their future income. Each chapter 13 debtor writes a plan which must be approved by the bankruptcy court. The debtor must pay the chapter 13 trustee the amounts set forth in their plan. Debtors receive a discharge after they complete their chapter 13 repayment plan. Chapter 13 is only available to individuals with regular income whose debts do not exceed $1,000,000 ($250,000 in unsecured debts and $750,000 in secured debts).

### AGAIN, PLEASE SPEAK TO YOUR LAWYER IF YOU NEED FURTHER INFORMATION OR EXPLANATION, INCLUDING HOW THE BANKRUPTCY LAWS RELATE TO YOUR SPECIFIC CASE.

| /s/ Kurt Steven Zimny | April 20, 2009 | /s/ Karla Ann Scholl | April 20, 2009 |
|---|---|---|---|
| Debtor's Signature | Date | Joint Debtor's Signature | Date |